IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LA GLORIA OIL AND GAS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-465C<br>(Judge Hewitt) |

**DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER**

Defendant, the United States, respectfully responds to the Court's order directing the parties to show cause why this matter should not be stayed pending the decision in Tesoro Hawaii Corp. v. United States, No. 04-5064 (Fed. Cir.). Defendant believes the case should be stayed, because the questions at issue in Tesoro also are at issue in this case.

Indeed, a decision in the Government's favor upon any one of the three principal issues in Tesoro (waiver, legality, and deviations) would lead to the dismissal of some or all of the counts in this case. Other judges of this Court already have stayed similar cases for the same reason. E.g., Williams AK Petroleum, Inc. v. United States, No. 02-705C (Fed. Cl.), Kern Oil & Ref. Co. v. United States, No. 03-1623C (Fed. Cl.), Giant Indus., Inc. v. United States, No. 03-291C (Fed. Cl.), Calcasieu Ref. Co. v. United States, No. 02-1219C (Fed. Cl.), Valero Ref.-TX, LP v. United States, No. 03-1916C (Fed. Cl.), Sinclair Oil Corp. v. United States, No. 02-464C (Fed. Cl.), El Paso Merchant Energy Petroleum Co. v. United States, No. 02-1094C (Fed. Cl.). Accordingly, we respectfully request that this matter be stayed pending a decision in Tesoro.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Steven Gillingham
by Kyle Chadwick
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel
Defense Energy Support Center
Ft. Belvoir, VA

DONALD S. TRACY
Assistant Counsel
Defense Energy Support Center
Fort Belvoir, VA

March 12, 2004

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this, the _________th day of MARCH, I caused the foregoing "DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER AND UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME," to be served by FEDEX (next business-day delivery), as follows:

J. KEITH BURT, ESQ.
MAYER BROWN, ROWE & MAW
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3208

__________________________