# In the United States Court of Federal Claims

**02-465C**

**Filed: March 12, 2004**

**LA GLORIA OIL AND GAS COMPANY,**

**v.**

**THE UNITED STATES**

**LA Gloria's Response to Order to Show Cause**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.