# In the United States Court of Federal Claims

No. 02-465 C

(E-Filed: March 22, 2004)

| | |
|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Leave to File Reply to Plaintiff's Response to Order to Show Cause and Defendant's Reply. The court GRANTS the motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge