UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LA GLORIA OIL AND GAS COMPANY,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 02-465C<br>(Judge Hewitt) |

**STATUS REPORT**

Pursuant to the Court's March 22, 2004 Order, Plaintiff, La Gloria Oil and Gas Company ("La Gloria"), on behalf of both La Gloria and Defendant, the United States, respectfully submits this Status Report in response to the Court's inquiry concerning the issuance of a Federal Circuit decision in the similarly-situated case of *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir. Apr. 26, 2005).

Plaintiffs-Appellants in *Tesoro*, also represented by counsel of record for La Gloria here, have stated that they intend to file a petition for rehearing *en banc* before the Federal Circuit. Because *Tesoro* involves the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case, La Gloria and the United States jointly request that the Court continue the stay of proceedings in this case until resolution of the petition for rehearing *en banc* in *Tesoro*. Should the Court grant the parties' request to continue the stay, the

parties will file a Status Report within fourteen days of the issuance of the mandate in *Tesoro*.

Respectfully submitted,

s/ J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-3300 (fax)

Attorneys for Plaintiff,
La Gloria Oil and Gas Company

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

May 6, 2005