UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LA GLORIA OIL AND GAS COMPANY,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-465C<br>(Judge Hewitt) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 22, 2004 and May 13, 2005 Orders, Plaintiff, La Gloria Oil and Gas Company ("La Gloria"), and Defendant, the United States, respectfully submit this Joint Status Report in response to the Court's inquiry concerning the issuance of a Federal Circuit decision in the similarly-situated case of *Tesoro Hawaii Corporation, et al. v. United States*, No. 04-5064 (Fed. Cir. Apr. 26, 2005).

Plaintiffs-Appellants in *Tesoro*, also represented by counsel of record for La Gloria here, have stated that they intend to file a petition for rehearing *en banc* before the Federal Circuit. Because *Tesoro* involves the same fundamental issues concerning the legality of DESC's military fuel prices that are present in this case, La Gloria and the United States jointly request that the Court continue the stay of proceedings in this case until resolution of the petition for rehearing *en banc* in *Tesoro*. Should the Court grant the parties' request to continue the stay, the

parties will file a Status Report within fourteen days of the issuance of the mandate in *Tesoro*.

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

Attorneys for Plaintiff,
La Gloria Oil and Gas Company

May 20, 2005

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2311
Fax: (202) 353-7988

*Of Counsel*:

BERNARD A. DUVAL
Counsel
HOWARD. M. KAUFER
DONALD S. TRACY
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Fort Belvoir, VA 22060

Attorneys for Defendant, United States

May 20, 2005