# In the United States Court of Federal Claims

No. 02-465 C

(E-Filed: May 27, 2005)

LA GLORIA OIL AND GAS COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report requesting that the court continue the stay of proceedings in this case pending any rehearing proceedings in the case of Tesoro Hawaii Corporation v. United States, No. 04-5064, 2005 WL 949074 (Fed. Cir. Apr. 26, 2005). The court GRANTS the parties' request to continue the stay. The parties are directed to file a joint status report with the court proposing further proceedings in this matter within fourteen days after the conclusion of any rehearing proceedings, or if no petition for rehearing is filed, within fourteen days after the time to file a petition for rehearing has expired.

IT IS SO ORDERED.

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge
For EMILY C. HEWITT
Judge