# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: February 3, 2006)

LA GLORIA OIL AND GAS COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On May 27, 2005, further to the parties' request, the court issued an order continuing the stay of proceedings in this case pending any rehearing proceedings in the case of Tesoro Hawaii Corporation v. United States, 405 F.3d 1339 (2005), and directed the parties to file a joint status report within fourteen days after the conclusion of any rehearing proceedings. On August 22, 2005, the Federal Circuit denied the Tesoro plaintiffs' request for a rehearing and rehearing en banc. On September 12, 2005, the parties filed a joint status report (Parties' Joint Status Report) in which they proposed further proceedings. In particular, plaintiff wishes to file an amended complaint, Parties' Joint Status Report at 2, introduce additional evidence, id. at 2-4, and proceed with discovery, id. at 7-8.[1] Defendant wishes to file a dispositive motion. Id. at 8. Defendant asks the court to reject plaintiff's request for additional discovery. Id. at 13.

[1]Plaintiff has proposed the following discovery schedule: "[d]iscovery shall begin immediately" and proceed for one year, after which time "the parties shall exchange expert witness reports. Three months shall be allowed for expert witness depositions and associated discovery. Within three months of completion of expert witness depositions, the parties shall submit any responsive expert witness reports. [D]epositions concerning responsive expert witness reports shall be completed within three months." Parties' Joint Status Report at 8. Plaintiff also requests the court to lift the requirements for disclosure in Rule of the Court of Federal Claims (RCFC) 26(a), the limitations on the number of depositions in RCFC 30(a)(2)(A), and the limitations on the number of interrogatories in RCFC 33(a). Id.

The court will hold a telephonic status conference (TSC) with the parties at 10:30 A.M. E.S.T. on Friday, February 10, 2006 to discuss further proceedings in this case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge