# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: February 10, 2006)

| | |
|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the parties' request made during the 10:30 a.m. telephonic status conference (TSC) of February 10, 2006, which the court construes as a Motion to Lift the Stay, the court GRANTS the parties' request to lift the stay. With the consent of defendant expressed during the TSC, plaintiff shall file its amended complaint in the form previously filed as Exhibit A to the Joint Status Report of September 12, 2005. Defendant shall file its response to the amended complaint on or before March 31, 2006. Defendant's response is expected to be in the form of a motion. Accordingly, briefing on that motion shall proceed according to Rule of the Court of Federal Claims 7.2.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge