platts

www.platts.com

Friday, August 26, 2005
Prices effective August 25, 2005
Volume 83 / Number 165

Oilgram Price Report

# Hawaii to cap wholesale gasoline prices Sep 1

### Refiner Tesoro may move product to US West Coast in response

*New York, Singapore*—The Hawaiian business environment just got tougher for Tesoro and Chevron, the islands' only two refiners, who will have to contend with wholesale gasoline price caps starting Sep 1.

Hawaii's Public Utilities Commission Aug 24 introduced pre-tax wholesale price caps on gasoline sold throughout the state, in compliance with laws enacted by the state's legislature in 2002 and amended in 2004.

Tesoro, which produces gasoline at its 95,000 b/d Kapolei plant, has told *Platts* such a move could cause it to sell its product to the US West Coast. Chevron, whose 54,000 b/d Honolulu refinery supplies 60% of the Hawaiian gasoline market, has said price caps create a "hostile business environment."

This is the second Hawaiian setback for Chevron this year. The US Supreme Court May 23 upheld a Hawaii law limiting rents oil companies charge service station dealers, rejecting Chevron's claim the rent cap is an unconstitutional taking of property.

Tesoro and Chevron also have to deal with a 2006 ethanol mandate that has spurred the island's struggling sugar producers into action. Chevron backed export of local ethanol production rather than an ethanol mandate for gasoline it said would force costly infrastructure upgrades.

Meanwhile, the new minimum wholesale gasoline prices go into effect across the island state beginning Sep 1, and will be adjusted on a weekly basis keyed off of five-day average spot gasoline prices in New York Harbor, the US Gulf Coast and Los Angeles. While the spot prices will fluctuate, the marketing margin is capped at 18 cts/gal.

Hawaii gasoline prices are typically among the highest in the US due in part to lack of proximity to supply. Hawaii's current average retail unleaded gasoline prices are $2.846/gal (regular), $3.010 (mid-grade) and $3.066 (premium), according to AAA, citing Oil Price Information Service. That compares to a national average of $2.603/gal, $2.763/gal and $2.865/gal.

Both Chevron and Tesoro's refineries are on the island of Oahu, reducing transportation and storage costs associated with wholesale prices on that island. The PUC's Sep 1-4 wholesale unleaded gasoline price caps in central, heavily populated Oahu are $2.1578/gal (regular), $2.2078/gal (mid-grade) and $2.2478/gal (premium). The wholesale prices exclude associated taxes and subsequent retailer markups.

The highest PUC wholesale gasoline price caps are for the relatively isolated island of Lanai, where the maximum wholesale

*(Continued on page 5)*

## Product shortage spreads through eastern China

*Hong Kong*—A menacing shortage of gasoil and gasoline that has gripped China's southern Guangdong province since early August has now spread to the eastern province of Shandong, with some independent retail stations in the major city of Qingdao being forced to close, market players said Aug 25.

The shortage was attributed to tight supplies of products from the refiners in that region, observers said.

The squeeze has been intensified by the ongoing Qingdao International Beer Festival in the city, which opened Aug 13 and has received about 5,000 visitors each day, putting pressure on the already short-supplied market. "Only few stations could supply 90 RON gasoline, and 44 independent retail stations had stopped operations," an observer said. The festival ends Aug 28.

There are 795 retail stations in Qingdao city, of which 323 belong to state-owned refiners Sinopec and PetroChina, and the rest to independent refiners. The average retail consumption of oil products is around 3,000 mt/d, sources said.

Firm demand and short supplies have kicked up average 90 RON gasoline prices in Shandong to Yuan 4.06/l (50 cts/l), up 2.3% from the central government's guidance price of Yuan 3.97/liter. China's National Development Reform Commission sets "guidance" prices at the ex-refinery, wholesale and retail levels and allows market

*(Continued on page 13)*

## NYMEX to list new RBOB contract Oct 1

*New York*—The New York Mercantile Exchange will list a new RBOB gasoline futures contract for the months January-December 2006 beginning Oct 1, responding to the anticipated eventual phase-out of MTBE-blended gasoline in the US, according to a market source who participated in an Aug 25 NYMEX product committee conference call.

NYMEX also announced Aug 25 it expects to launch its open outcry trading floor in London Sep 12.

The source said a motion to list all 12 monthly RBOB contracts was passed unanimously by the product panel.

The new RBOB contract will run side-by-side with the exchange's existing reformulated gasoline contract until August 2006. The committee has not yet decided whether it will extend the RFG contract past August 2006, or pull the contract off the board.

"They will keep the RFG contracts in place through August 2006 that are already listed," the source said. "So for at least eight months there will be two [NYMEX gasoline] contracts. And it is looking likely that they will extend listing of RFG contract for September-December 2006, but that is not yet a done deal."

The current unleaded futures contract is for RFG using the oxygenate MTBE. However, there is little incentive for refiners to continue blending with MTBE. The recently passed US energy bill does not limit refiners' liability for MTBE, which has been banned in several states because of concerns over groundwater contamination.

The contract originally called for delivery on either the New Jersey or New York sides of the river, but an MTBE ban by both New York and Connecticut that went into effect in January 2004 forced the exchange to do away with four delivery terminals in New York and make it effectively an all-New Jersey contract. However, New Jersey's governor has just signed a bill banning MTBE effective 2009.

Area refiners are already said to be switching away from MTBE ahead of the 2009 ban. A Royal Dutch Shell spokesman told *Platts* the company would transition to RFG using ethanol later this year in northern New Jersey. He said Shell would switch the racks at its

*(Continued on page 13)*

The McGraw·Hill Companies

# Market by Market

## International crude: Dubai, Tapis strike up new highs

Front-month Oct Dubai was assessed at a record high $58.25 at the close of Asian trade Thursday, up $1.05 from Wednesday and rising above $58.00 for the first time since Platts began assessing the grade in 1984. Oct Dubai physical partials closed, without any deals done, at $58.10-58.30 (Phibro vs Koch) during the trading window Thursday. There was also no trades on Oct Oman partials, which closed at $59.32-59.40 (Phibro vs Unipec).

Meantime, falling regional demand has exerted pressure on PG sour crudes as prices moved lower in the latest deals. Formosa heard bought Oct Oman from BP at MOG minus 37-38 cts. Prices could fall further as amid signs that CPC might not issue any buy tender for Oct. That left the market with over six Oct cargoes of Oman, Qatar Marine and Banano Arab Medium still unsold. Elsewhere, Hyundai heard bought Oct Banaco Arab Medium from Shell at OSP minus 90 cts, with the supply glut seen pressurizing its price lower to OSP minus $1.00. Nippon Oil heard bought Oct Lower Zakum at less than OSP plus 10 cts, below the last transacted level. A Japanese refiner heard bought Oct Murban at OSP plus 5-6 cts, while offers stayed at a high single-digit premium to the OSP.

Front-month Oct Tapis soared to an all-time high $69.63/bbl at Thursday's Asian close, according to Platts data. The grade is a benchmark off which light, sweet crudes in Asia-Pacific are priced. The marker was up 95 cts/bbl between 0930GMT Wednesday and the Asian close on Aug 25 but marginally lagged the rise in Brent and WTI over the same timeframe. Tapis' strength could be largely attributed to gains in Western indicators and the sharp recovery in naphtha margins, traders said.

**Far East** crudes pegged on Tapis typically contain a naphtha yield of 20-45% and, therefore, any change in the naphtha/Tapis relationship would significantly impact Tapis values, traders said. The naphtha/Tapis margin has narrowed $2.42 from minus $10.90 on Aug 1 to minus $8.48 on Aug 25. The paper market was flushed with activity as traders took advantage of the directionally bullish overtones to resuscitate liquidity after several muted sessions. Oct Brent/Dubai EFS changed hands repeatedly from $6.88 through to $6.72 only to claw back up to $6.75 on close. Some players ventured to take a stab far further along the curve with Dec '06 EFS heard dealt at $6.52. Dubai timespreads were locked in a thin range.

Statoil took many in the **North Sea** market by surprise by offering a Sep 12-14 Brent cargo in the market-on-close. The cargo, parcel 0906, was originally scheduled to load Sep 17-19 but was the dates were brought forward sometime during the day as the Norwegian oil company attempted to extract value in the current backwardation. The cargo, which otherwise could have been passed into the chains, was offered down to Dated plus 45 cts/bbl. BP bid for the cargo at October less 60 cts/bbl.

Meanwhile, BP kept a Sep 15-17 Oseberg cargo, parcel 0907, that was passed in the chains, leaving the major with three parcels of the grade in a row (0905 and 0906) after picking up Sep 11-13 and Sep 13-15 in the chains previously. The forward curve continued to soften with Sep 5-9 CFD week trading as low as Oct-56 cts in the MOC on perception that both Brent and Oseberg are unsustainable at current values. Although Oseberg was passed in the chains rather than Brent, Statoil's Brent offer at Dated plus 45 cts set the Dated Brent/BFO assessment as the weakest grade, at Dated plus 40 cts/bbl, or a flat $65.85/bbl.

Versus October cash BFO, the market was minus 8 cts. Oseberg has traded at Dated plus 50 cts/bbl twice this week, while traders said the value of Brent will be determined next week on the unknown factor of whether there will be European demand or whether the grade will fall to arbitrage value to the US Gulf. BP is likely to offer at least one of its Oseberg cargoes next week, sources said, while another source pegged the full conversion margins of Oseberg at around 40 cts/bbl better for Brent for their particular refining model. Other grade talk was thin and there appeared little appetite to buy cargoes in the current Dated Brent/BFO structure. Shell was rumored to be offering a Forties cargo at Dated plus 100 cts/bbl, but this was unconfirmed.

Azeri was seen supported at the current level between Dated plus $1.20-1.30/bbl. Saharan was seen slightly lower with an offer by Arcadia for a Sep 13-15 cargo down to Dated plus 20cts/bbl. The trading window for Saharan continued to provide focus for discussion with a number of market participants suggesting that Saharan is trading more in line with the competitive Nigerian grades, which already trade for October loading. Some Med sources however suggested that in the Med trading may be done for earlier dates. No trades were heard on CPC with values seen at a wide range between minus 70 cts to minus $1.50/bbl. "Minus $1 is a very reasonable level, until it gets weaker," a trader said.

**Urals** NWE was seen heading further south Thursday as healthy avails were putting pressure on differentials. Earlier in the day values were seen around Dated minus $7/bbl, though in the afternoon Vitol traded to Shell at Dated minus $7.20/bbl, Sep 4-5 Primorsk, with the trade confirmed by both parties. Gunvor offered in the window a cargo loading Sep 6-10 down to Dated minus $6.90/bbl with a 2 day laycan to be declared by the seller the latest by Sep 1. At least one source indicated that refineries would not give such a flexibility "when there are plenty of sellers who will offer specific dates and ports in the 1st decade".

## Gasoline rally fuels crude's new high on the NYMEX

New York—Front-month crude on the New York Mercantile Exchange settled at an all-time high of $67.49/bbl Thursday for a gain of 17 cts on the session, pulled along by another day of sharp gains in the gasoline market. Dwindling gasoline inventories, resulting from below-normal production levels and steady demand, have caused the latest surge in petroleum prices.

The market has also been kept on edge by uncertainty surrounding Tropical Storm Katrina, which was upgraded to a Hurricane Thursday (see story pag 13).

Gasoline continued to surge in spill-over buying from Wednesday's session following the release of the weekly inventory data. The Department of Energy reported a 3.2-mil bbl draw in gasoline stocks, leaving total inventories at 109.9-mil bbl, 10.8-mil bbl below year-ago levels and 8.3-mil bbl below the five-year average.

Below-average gasoline production and the September switch to winter grade have contributed to the slide in inventories. While crude was edging towards the all-time intra-day high of $68/bbl posted in the previous Access session, gasoline had 7 cts to go before touching record levels.

"...there is a fundamental mis-pricing of oil products, with gasoline prices still being too low relative to heating oil," Paul Horsnell and Kevin Norrish, energy analysts at Barclays Capital, said in a report. "There is a view that one should now sell gasoline because the peak driving season is coming to an end, while you should buy heating oil because winter is approaching." But now that is likely to result in an unprofitable trade.

September unleaded settled 3.79 cts higher at $1.9637/gal and September heating oil settled 41 points higher at $1.8695/gal. Heating oil was under pressure throughout the session with fundamentals weighing on prices and as natural gas prices eased following a larger-than-expected 60 Bcf addition to working gas in storage.

"All factors considered, we are maintaining a trading theme centered on a potentially tight gasoline market that could prove capable of pulling the entire complex to fresh record highs with or without the help of additional storm activity," energy consultant Jim Ritterbusch said in a report.—*Linda Rafield*

## Gasoline: Asia surges

Asian gasoline surged to new, all-time highs Thursday, for the second straight session, in part tracking FOB Singapore naphtha that added $0.73/bbl from a day ago to be valued at $61.20/bbl. All three gasoline grades, 92, 95 and 97 RON, were assessed $1.25/bbl higher to $75.30/bbl, $76.00/bbl and $77.45/bbl, respectively. Apart from a spike in crude, the rise in lower octane value was driven by a relatively tight supply given that China, the biggest gasoline exporter in Asia, may have slashed those shipments.

Gasoline shortages in China's southern Guangdong province has now spread to the eastern province of Shandong, with some independent retail stations in the major city of Qingdao being forced to close shop, market players said Thursday (see story page 1).

**US Atlantic Coast** premium high octane gasoline cash differentials moved up sharply Thursday on reports of tighter supply, sources said. Conventional premium 93 cash firmed 4 cts/gal with trade reported at 31 cts over the Sept NYMEX for 47,000 bbl delivered early Sep (BP-CITGO). Sources said that there was a lack of re-supply shipped from the Gulf Coast. RBOB premium cash was talked at 30-31 cts over Sep NYMEX. RFG unleaded 87 cash firmed on tight prompt barrels and stronger MTBE prices, sources said. Trade was reported at 2.50 and 2.75 cts over the Sep NYMEX. RBOB unleaded cash firmed with trade reported at 1.75 ct under Sep NYMEX for prompt delivery. Another sale was heard at 1.40 ct under Sep NYMEX for 75,000 bbl Aug 30-31 (SUNOCO-BP).

The lower RVP gasoline, so desperately in demand all summer long in the **US Gulf Coast,** lost ground on the cash differential side with traders unloading barrels before the Summer to Fall RVP changeover. Cash differentials for 7.8 RVP ranged from 3.25 cts/gal under the October NYMEX gasoline contract to 4.25 ct/gal under the NYMEX. The 9.0 RVP was 4.5 cts/gal under the NYMEX to 5.5 cts/gal under the NYMEX. The 9.0 RVP Prem 93 was 4 to 4.5 cts/gal vs unleaded while the 7.8 RVP was 11 cts/gal vs unleaded. RFG 87 was 3.5 cts/gal over unleaded for 13.5 RVP barrels. Atlanta 87 was done 5 cts/gal over conventional.

The first day in **Chicago** of trading for the first cycle Thursday was extremely quiet as players attending an industry meeting. Unleaded was discussed at either side of 4.50 cts/gal over Oct NYMEX gasoline. Premium remained at 3.00 cts/gal even though there were talks of offers at 4.00 cts/gal to cash unleaded. RBOB was assessed at 11.50 cts/gal over cash unleaded.

## Distillates: NWE ticks up

The Northwest Europe jet CIF cargo flat price was assessed marginally higher Thursday due to a $7.25/mt rise in the underlying futures contract, to leave the CIF cargo flat price at $644.75/mt. The jet CIF cargo premium was assessed down, however, at $47.25/mt.

Buyers of CIF cargoes remain thin on the ground in Northwest Europe. Despite three offers that have been seen during the MOC in recent days, the continues to be no sign of buying activity. "There is simply no one with any marginal storage space available in Northwest Europe-so even if you see value at current levels there will be problems with storage" commented one trader. The precarious state of the jet fuel market in NWE was also reflected in reports from market sources that there is a jet cargo in the region which has arrived un-sold with no storage options.

This weakness is further reflected in the fall in the Sep swap, which was assessed at $50/mt down from $62.75/mt Aug 18, with Oct assessed at $60/mt. This has pushed the Sep/Oct spread to minus $10/mt, its lowest point since Dec 2004. "If you have no-where to store a cargo then it doesn't really matter what prices are doing," added one market source. The weakness in the jet market was also evident in the ARA barge market were premiums were once again offered down to be assessed at $43/mt at close of MOC. There were two trades during MOC with Sempra lifting 4kt from KLM at $43/mt, FOB Rotterdam, for Aug 27-31.

"An uncertain market," was a phrase used by a number of **gasoil** traders Thursday, as demand in to Germany appears to be slowing while large quantities of product are due to arrive from Asia in the coming weeks. A number of large cargoes have been fixed from South Korea and South East Asia in recent days with high outright prices in Europe attracting arbitrage players. Prompt demand appears to easing for heating oil in Europe, though BP bought a Sep 15-19 delivery 10kt cargo basis Hamburg at Sep plus $7.5 from Morgan Stanley. FOD was valued slightly lower with ConocoPhillips offering 20kt at Oct plus $2 basis Le Havre. Premiums in the Mediterranean edged lower with Energo Impex offering a Sep 13-17 Sep delivery cargo at Oct plus $2.25 and Total offering Sep swaps at minus $12. The first-decade September loading program from Tuapse has been released within market expectations. Barge premiums were unchanged in a quiet trading day. Mabanaft sold 1.9kt FOB Antwerp to Morgan Stanley in MOC.

## Americas crude: Oman cargoes bound for USWC

Some Oman crude has been fixed for delivery into the US West Coast, arriving most likely in November, market sources said Thursday. Two 1-mil bbl cargoes are fixed for delivery into that region with plenty more still on offer, sources said. Oman does come into the USWC, but those shipments occur only if the arb is open, sources said. Typically, the WTI/Dubai spread is a key indicator for such opportunities, along with favorable freight.

Sources said Oman imports aim to displace requirements in Alaskan North Slope, which has become more expensive. ANS for delivery in September last traded at $2.75/bbl under September WTI. ANS differential indications for October delivery were not cited by traders, nor had any trade been confirmed. It usually takes about 40 days for Oman to travel on the Pacific Ocean from Oman in the Middle East to the USWC. One USWC refiner said the company was shown the Oman oil for November delivery. The refiner was eyeing small volumes of the high-sulfur grade for delivery into the Pacific Northwest, but it was unclear if a trade took place.

Contract holders of Oman crude typically bring the oil into their refining systems, but sometimes the volumes have been resold to third parties. Meanwhile, one mover of Oman into the USWC said it was considering bringing other similar Mideast grades because arbitrage economics were looking as favorable as those for Oman. Late last month, Oman was offered into the USG for September delivery because of potential arbitrage window openings, but no deals were heard done because of unfavorable economics. The September- delivery Oman supplies would likely have loaded in August.

In the **US Gulf Coast,** prices were mixed and activity was generally thin ahead of the rollover of the cash September contract Friday. Sep Poseidon traded at $6.50 under cash WTI. Sep EIC was said bid at $3.75 under cash WTI, with no offers in sight. Sep Bonito was said bid at $3.50 under cash WTI, with no offers in sight. Sep LLS traded at 60-90 cts premium to cash WTI, from Wednesday's $0.90-1.00 over. Sep cash HLS traded at $2.65 under cash WTI, from Wednesday's $2.60- 2.50 under.

In the US cash Mars market Thursday, prices for September-delivery supplies remained weak with differentials sharply lower from where things left off Thursday. Sep Mars traded at $8.75-8.25 under cash WTI. The ongoing bearishness was linked to strong underlying benchmark crude values and the narrowing prompt cash Sep/Oct WTI spread.

## Blendstocks: European naphtha cracks soar

European naphtha crack swaps rose over $1/bbl this week, following a stronger Far Eastern market opening arbitrage opportunities from Europe to Asia, traders said. The September crack swap, measured against North Sea marker Brent, was pegged at minus $3.80/bbl Thursday afternoon after closing last week at minus $4.90/bbl.

Assuming FOB Mediterranean naphtha prices at $524/mt and 2H October CIF Japan naphtha prices at $563.50/mt and a freight cost of about $30/mt, it would imply the arbitrage is workable between the two regions. "I think a few people are trying to make it work, but nothing's done yet. There don't seem to be too many vessels available," said one naphtha trader.

China, generally a feedstock exporter, surprised the market Monday, when Unipec, the trading arm of state-owned Sinopec, bought two 30,000mt import cargoes. While the volumes were not that significant, traders felt it could be an ongoing trend, "The impression I am getting, is that it could last through to the end of the year," said one. Soaring crude costs have put Chinese refining margins under increased pressure lately as the domestic naphtha price has failed to keep pace with the surge in international crude benchmarks. Traders cited the possibility of negative margins in the country, which may have caused run cuts leading to importing products to fulfil contractual commitments.

Interestingly, naphtha margins when measured against sour Dubai have actually increased in recent weeks as demand for naphtha remains very strong. The naphtha crack against Dubai has surged from minus $5.65/bbl to plus $1.45/bbl since end-June, Platts data shows.

Analysts had predicted that China would become a net importer of naphtha feedstock towards the end of 2005, citing the startup of several joint ventures in the country. Sinopec in conjunction with BP and BASF has recently brought online two crackers with the combined capacity of 1,200,000 mt/year of ethylene. A third venture between CNOOC and Shell is due online in November of this year, with 800,000 mt/year capacity. While it was difficult to say if the new ventures were behind the demand, rumors of one new JV, BP-Secco, on the lookout for naphtha added to bullish sentiment.

"Fundamentally, the Asian market is still well supplied in prompt, but the added buying from China has buoyed market sentiment," said a Singapore-based trader. In end-of-day trading Thursday, Shell sold one cargo of naphtha for delivery in the second half of October to Mitsui Tokyo at $572/mt, or $7.50/mt higher than the previous record of $564.50/mt set Aug 24.

## Resid/bunkers: Strength

Singapore fuel oil, prices hit another new high Thursday with 180CST closing at $304.36/mt. Meantime, production of low-sulfur fuel oil in Japan is expected to show a sharp rebound this week, on the back of increased demand from its power producers. LSFO demand in Japan normally peaks in Aug as many utilities crank up thermal power units to meet additional electricity demand. There was an additional enquiry from TEPCO amounting to 200,000 kl (1.3-mil bbl) of fuel oil and crude oil around Aug 10, as higher-than-expected power consumption due to the hot summer reduced LSFO stocks.

Sources anticipate that TEPCO's buy includes LSFO and crude will total 800,000 kl for Aug against 696,000 kl in Jul. Another factor likely to boost LSFO production is the possible purchase of LSFO by Tohoku Electric Power, which shut all its nuclear units with at Onagawa on Aug 16 after an earthquake. Sources estimate additional LSFO demand from Tohoku during Aug to reach 50,000 kl above its baseload requirement of 70,000 kl.

## Unforseen MTBE shortage boosts US blendstock prices

*Houston*—US spot-market gasoline blendstocks on Thursday were talked stronger versus recent prices for bbl delivered through late September, primarily because of an unexpected supply shortage of MTBE and its subsequent spot price recovery, market sources said. If MTBE continues upward, it will drag up the other blendstocks as well," a trading source said, a predicted that and so far has come to fruition.

Spot trade for blendstocks like alkylate and ethanol stalled Thursday because of gyrating NYMEX prices, would-be participants said. But those deals heard done were stronger into mid-September, compared to recent forward-cash assessments. For example, US Gulf Coast alkylate Thursday was heard done 26.50 cts/gal over US Gulf Coast conventional unleaded 87 7.8 waterborne.

Until Thursday, only prompt alkylate was heard in tight supply, trading at 26-28 cts/gal over unleaded; barrels for delivery in September were talked well-offered at 25 cts/gal versus unleaded. Market dynamics shifted drastically upward this week after Huntsman declared force majeure on some MTBE production from the chemical company's Port Neches, Texas, plant. About 16,000 b/d of MTBE production will be curtailed for almost two months, according to a letter Hunstman sent to customers Tuesday. Unscheduled repairs on a PO/MTBE unit would keep it shut for 48 days, sources familiar with the letter told Platts.

"The (US) Gulf is already tight and this takes out 16,000 b/d since last Sunday," a trading source wrote to Platts Wednesday, alluding to the Sunday shutdown of the Hunstman unit being bad timing for short-positioned traders. Thursday's spot market might be a tangible barometer: MTBE remained bid $2.90/gal in both the USGC and New York Harbor, with "no offers in sight," according to one refiner buyer.

Mounting global MTBE demand previously accelerated exports from the USGC, especially to Venezuela, since Aug 10 when MTBE FOB Houston, set a record at $3.25/gal. Two weeks ago, USGC strength was attributed to ongoing tight octane supplies, overall high gasoline prices and a rumored problem with ethanol-blended gasoline in Venezuela that forced PDVSA to use more MTBE for gasoline blending as an alternative to ethanol. It needs more octane boosters while it implements an initiative to remove lead from gasoline, sources have said.

PDVSA was rumored to have tendered to buy more MTBE than usual because its estimated 18,000 b/d Super Octanos MTBE plant was shut for maintenance for more than a month this summer. Consequently, PDVSA tendered to buy at least 850,000 b/d of MTBE since early July. It is unclear whether all tenders resulted in sales, but sources close to PDVSA have said Venezuela purchased at least 600,000 bbl of MTBE, in addition to a public tender of 250,000 bbl—all supplied from the USGC. "Problems in Venezuela are coming home to roost," a source close to the situation said. PDVSA has not returned calls for comment.

It also was unclear whether a reported fire Aug 17 at PDVSA's 450,000 b/d Amuay Bay refining complex has affected production. PDVSA officials also have have not returned repeated phone calls seeking comment.

Meanwhile, sources said the recent US energy bill and a lack of MTBE supplies has translated to increased ethanol demand in the US, especially in Chicago and St Louis areas. Chicago ethanol values through September were talked $2.06/gal, up more than 15 cts/gal from levels a week ago, when Chicago Board of Trade postings Aug 17 were $1.90/gal. Demand for ethanol also is expected to rise over the coming weeks since it is a preferred blending component for winter gasoline.

Specification changes for gasoline shipments on most US products pipelines begin next month, along with the seasonal requirements. Ethanol demand should accelerate further by late September, sources have said, when it will be blended into winter gasoline at the racks.—*Kim Benestante*

## Hawaii...from p. 1

price for the three gasoline grades was set at $2.4958/gal (regular), $2.5458/gal (mid-grade) and $2.5858/gal (premium).

According to a report to the Hawaiian legislature by Stillwater Associates, Chevron supplies Hawaii gasoline wholesalers such as Shell and independent Aloha Petroleum. Tesoro supplies ConocoPhillips and most military and government needs.

Stillwater recommended against adoption of gasoline price caps, in part because the link to the California market's stringent standards via Los Angeles could cause higher prices and increased volatility. In addition, the formula's link to the Gulf Coast means "a hurricane (in that region) is going to cause Hawaii's price to go up," said one market-watcher.

ICF Consulting LLC, which studied the same issue for legislators this year, warned Hawaii's refiners may "closely examine profitability and sustainability" in that state.

With the initial passage of legislation in 2002, Hawaii's staunchly Democratic state legislature aimed to impose price caps on both wholesale and retail unleaded gasoline prices (ON 5/6/02). The move was meant to address "the high price of gasoline in light of the strong tendency of the structure of the gasoline market in the State to perpetuate high and rising prices and the resulting supra-competitive margins realized by market participants."

The provision to cap retail prices was later repealed in 2004 after studies "found that the problem of high gasoline prices is principally due to a lack of vigorous competition in the oligopolistic wholesale market," the law reads, referring to the presence of only two local refineries and limited products imports. "There is competition at the retail level where there are approximately 339 gasoline stations throughout the island," the 2004 amendment reads.—*Beth Evans, with Mike Kobal in Singapore*

## Russia to raise crude export duty by 25% to $175/mt

*Moscow*—Russia plans to raise the crude export duty to a record of at least $175/mt ($23.97/bbl) from Oct 1, up 25% from the current $140/mt, the deputy head of the finance ministry's customs department said Aug 25.

"The last week of August can bring some corrections, but I'm sure that in the end the crude export duties will reach $175 to $180/mt," Alexander Sakovich told Platts.

Russia reviews the crude export duty every two months based on the average world price for Urals, the country's main export grade. Crude prices have repeatedly hit all-time highs during 2005, and US benchmark crude briefly hit $68 in overnight Access trade Aug 24.

Export duty on oil products will rise to $106.6/mt from the current $104.1/mt as of Aug 27, Sakovich said, and will affect gasoline, kerosene, gasoil and other products. Fuel oil duty will rise to $57.4/mt from the current $56/mt.

In September, Russia plans to make some changes to the method of setting oil products export duties, such as increasing the differential between light and heavy products, though the change will not take immediate effect.

"The duties calculated according to a new mechanism will hardly come into force earlier than in late November, given the legal procedure we should follow," Sakovich said.

He also said that according to current rules, light-products duty may reach $130/mt to $135/mt in late October, while fuel oil duty would amount to $70/mt to $72/mt. If the government adopts the new method, duties may rise to $140-$145/mt for light products and drop to $60-$62/mt for fuel oil, he said.

Sakovich also said the government is unlikely to introduce a zero rate of export duty on fuel oil, as suggested by some officials, to give oil companies an incentive to boost capital investment in Russia's mainly outdated oil refineries.

The country's draft budget for next year, which is set to be submitted to lawmakers this week, does not provide for such a move, he said. Any major changes may come into force no sooner than 2007, he suggested.

Even a small change may give companies impetus to increase oil refining capacity in Russia, a move that could help to avoid significant hikes in domestic gasoline and gas oil prices, analysts said.—*Nadia Rodova*

### Correction

—In the Aug 24, 2005 OPR Vol 83, No. 163 (prices effective Aug 23, 2005) under the heading Product Price Assessments, European Bulk, IPE Average (SEP) should have read: 587.00, and IPE Average (OCT) should have read: 589.00.

—In the Aug 25, 2005 OPR Vol 83, No. 164 (prices effective Aug 24, 2005) under the heading Product Price Assessments, European Bulk, Cargoes FOB Med Basis Italy, 1% Fuel Oil should have read: 289.25-290.25; under Cargoes CIF Med Basis Genoa/Lavera, 1% Fuel Oil should have read: 297.50-298.50; under Cargoes CIF NWE Basis ARA, 1% Fuel Oil should have read: 291.50-292.50; and under Cargoes FOB NWE, 1% Fuel Oil should have read: 283.50-284.50.

**platts** *Oilgram Price Report*

Vol 83 / No 165 / August 26, 2005
(ISSN: 0163-1292)

**Editor-in-Chief:** Jeff Mower; **Global Director Oil:** John Kingston; **Global Director Market Reporting:** J. Montepeque; **Director Americas Oil Markets and Global Crude Oil Manager:** Gerald Bueshel; **Editorial Director, Asia:** David Ernsberger; **Oil Manager, Singapore:** Paul Young; **Oil Manager, Japan:** Mihir Sapru; **Houston Bureau Chief:** Annette Hugh; **Downstream Manager:** Robert Sharp, **Oil Manager, London:** Peter Stewart;

**Vice President, Editorial:** Dan Tanz

**Platts President:** Victoria Chu Pao
**Senior Vice President** James Downham

**Manager, Advertising Sales:** Josie Parnell

**Telephone & e-mail:** New York: +1 800-752-8878 or +1 212-904-4100; Washington DC: +1 202-383-2250; Houston: +1 713-658-3211; London: +44-207-176-6100; Singapore: +65-653-22-800; Tokyo: +813-5403-2731; Hong Kong: +852-2533-3513; Dubai: +971-4-3914818.

*Oilgram Price Report* is published every business day in New York and Houston by Platts, a division of The McGraw-Hill Companies, registered office: Two Penn Plaza, 25th Floor, New York, N.Y. 10121-2298.

Officers of the Corporation: Harold McGraw III, Chairman, President and Chief Executive Officer; Kenneth Vittor, Executive Vice President and General Counsel; Robert J. Bahash, Executive Vice President and Chief Financial Officer; John Weisenseel, Senior Vice President, Treasurer.

Platts makes no warranties, express or implied, as to the accuracy, adequacy or completeness of the data and other information set forth in this publication ('data') or as to the merchantability or fitness for a particular use of the data. Platts assumes no liability in connection with any party's use of the data. Corporate policy prohibits editorial personnel from holding any financial interest in companies they cover and from disclosing information prior to the publication date of an issue.

Copyright © 2005 by Platts, The McGraw-Hill Companies, Inc.

Permission is granted for those registered with the Copyright Clearance Center (CCC) to photocopy material herein for internal reference or personal use only, provided that appropriate payment is made to the CCC, 222 Rosewood Drive, Danvers, MA 01923, phone +1-978-750-8400. Reproduction in any other form, or for any other purpose, is forbidden without express permission of The McGraw-Hill Companies, Inc. Text-only archives available on Dialog, Factiva, LexisNexis, and ProQuest.

Platts is a trademark of the McGraw-Hill Companies, Inc.

**To reach Platts**
E-mail: support@platts.com
North America
Tel: 800-PLATTS-8 (toll-free)
+1-212-904-3070 (direct)
Latin America
Tel: + 54-11-4804-1890
Europe & Middle East
Tel: +44-20-7176-6111
Asia Pacific
Tel: +65-6530-6430

Advertising
Tel: +1-212-904-4367

The McGraw-Hill Companies

## US Wholesale Posted Prices

| | Unleaded | Midgrade | Premium Unleaded | Kerosene No.1Fuel | Diesel No.2 Fuel | Low Sulfur Diesel |
|---|---|---|---|---|---|---|
| **PAD1** | | | | | | |
| MetroNY (Eth) | +192.45-197.90+ | +201.80-203.50+ | +213.90-222.90+ | | +187.55-187.55+ | +193.65-193.65+ |
| N.New Jersey (Eth) | +194.05-196.35+ | +205.85-206.55+ | +222.60-222.75+ | +203.50-210.75+ | +185.35-187.30+ | +189.15-194.60+ |
| Albany (Eth) | +189.00-190.00+ | +194.75-204.00+ | +220.50-226.30+ | +201.20-216.55+ | +188.00-189.50+ | +195.20-196.50+ |
| Atlanta(d) | +191.90-207.45+ | +197.15-203.43+ | +204.15-214.33+ | +210.30-213.99+ | +188.40-188.87+ | +190.90-193.50+ |
| Baltimore (conv) | +186.75-192.40+ | +190.20-199.60+ | +197.50-211.35+ | +210.10-210.10+ | +185.50-189.93+ | +189.65-194.10+ |
| Baltimore (RFG) | +203.20-212.50+ | +207.70-217.20+ | +213.70-225.65+ | | | |
| Boston (RFG) | +196.45-210.07+ | +205.60-207.85+ | +216.60-226.99+ | +210.70-218.05+ | +186.79-193.61+ | +193.95-200.70+ |
| Charleston | +191.05-196.00+ | +194.55-200.76+ | +201.05-210.00+ | +214.65-214.65+ | | +196.25-197.70+ |
| Greensboro,NC(d) | +186.25-191.80+ | +193.45-196.89+ | +194.75-206.80+ | +204.40-213.90+ | +187.10-188.90+ | +190.70-192.65+ |
| Miami | +192.70-192.70+ | +197.97-197.97+ | +208.20-208.20+ | | +189.85-189.85+ | +194.05-197.00+ |
| New Haven (Eth) | +190.35-190.35+ | +201.45-201.45+ | +219.90-219.90+ | +214.40-214.40+ | +184.90-196.55+ | +191.65-196.10+ |
| Norfolk(conv) | +187.00-195.40+ | +189.75-193.65+ | +194.00-201.10+ | | +188.25-188.90+ | +191.10-194.15+ |
| Norfolk(RFG) | +196.55-205.70 | +208.25-209.70 | +216.70-217.40+ | | | |
| Philadelphia(RFG) | +196.80-198.75+ | +207.45-210.75+ | +224.95-224.95+ | | +190.47-193.80+ | +191.75-200.00+ |
| Pittsburgh(d) | +191.55-193.75+ | +203.95-206.70+ | +209.75-209.75- | +197.35-203.35+ | +189.40-190.90+ | +191.25-194.90+ |
| Portland,ME(d) | +188.98-193.05+ | +196.75-203.30+ | +210.75-212.50- | | +186.78-187.00+ | +195.25-195.39+ |
| Savannah | +190.30-193.70+ | +193.69-198.20+ | +200.30-205.70+ | | +191.30-191.30+ | +194.55-197.30+ |
| Spartanburg(d) | +186.50-187.35+ | +189.50-190.50+ | +194.50-197.00+ | +201.85-201.85+ | +187.50-193.36+ | +189.43-193.05+ |
| Tampa | +191.20-193.25+ | +196.20-200.50+ | +204.20-209.00+ | +206.08-210.25+ | +190.00-194.12+ | +191.80-197.95+ |
| Wilmington,NC | +191.10-193.50+ | +193.90-198.90+ | +199.10-206.50+ | | +198.28-198.28+ | +194.50-196.76+ |
| **PAD2** | | | | | | |
| Chicago (RFG) | +213.95-213.95+ | | +225.95-225.95+ | | | |
| Chicago(conv) | | | | +205.40-215.30+ | +188.65-198.40+ | +191.40-195.30+ |
| Columbus | +197.80-199.91+ | +201.80-203.94+ | +208.80-214.50+ | +202.20-202.20+ | +187.95-189.80+ | +192.00-197.89+ |
| Des Moines(d) | +203.85-207.80+ | | +212.60-225.45+ | | +191.35-196.15+ | +194.75-197.45+ |
| Detroit | +197.15-204.10+ | +202.15-214.45+ | +210.15-214.20+ | +204.35-208.55+ | +188.75-191.72+ | +190.25-195.55+ |
| Mpls/St.Paul(a,d) | +205.50-209.10+ | +211.50-213.60+ | +216.50-220.80+ | +207.65-207.65+ | +192.60-196.55+ | +196.45-199.50+ |
| Oklahoma(d) | +205.00-207.55+ | +210.75-211.05+ | +214.80-216.55+ | | | +189.75-196.10+ |
| St.Louis(d) | +201.85-215.00+ | +207.35-214.75+ | +213.35-219.25+ | | +190.40-202.00+ | +193.15-196.10+ |
| **PAD3** | | | | | | |
| Albuquerque(d) | +215.70-223.50+ | +220.70-225.60+ | +225.20-233.50+ | | | +208.83-212.00+ |
| Amarillo(d) | +203.65-210.55+ | +209.65-215.80+ | +215.70-215.70+ | | | +198.60-200.16+ |
| Arkansas(d) | +193.35-194.80+ | +198.30-199.10+ | +205.80-209.85+ | | +191.77-191.77+ | +191.50-195.08+ |
| Birmingham(d) | +184.75-195.05+ | +187.80-198.75- | +192.80-212.69+ | | +186.55-188.34+ | +189.95-192.43+ |
| Corpus Christi(d) | +185.50-189.70+ | +190.50-193.95+ | +199.50-199.70+ | +197.60-197.60+ | +188.80-189.50+ | +188.70-192.80+ |
| Dallas/Ft.Worth(conv) | +198.25-206.30+ | +213.30-213.30+ | +220.80-220.80+ | | | +191.45-194.11+ |
| Dallas/Ft.Worth (RFG) | +200.05-202.65+ | +204.05-206.25+ | 210.05-220.90+ | | | |
| Houston(conv) | | | | +208.20-208.20+ | +186.60-186.60+ | +188.75-192.02+ |
| Houston(RFG) | +192.35-195.30+ | +198.05-200.40+ | +205.35-210.30+ | | | |
| N.Orleans Area(d) | +185.55-189.64+ | +189.85-191.30+ | +195.70-200.15+ | | +185.30-188.09+ | +188.85-192.49+ |
| **PAD4** | | | | | | |
| Billings(d) | +200.50-200.50+ | +204.80-204.80+ | +209.45-215.50+ | | | +209.01-213.00+ |
| Casper(d) | +210.50-211.30+ | | +219.85-225.50+ | | | +212.92-215.50+ |
| Denver(d) | +210.80-210.80+ | +215.30-215.30+ | +220.30-227.60+ | | +209.25-209.25+ | +207.25-209.00+ |
| Salt Lake(d) | +198.00-198.00+ | | +208.00-208.00+ | | | +227.70-230.00+ |
| **PAD5** | | | | | | |
| Los Angeles(e) | +204.75-211.90+ | +211.25-216.90+ | +217.75-228.75+ | | | +206.90-223.65+ |
| Phoenix | 208.10-216.25+ | +213.10-223.75+ | +225.00-225.00+ | | | +216.00-222.00+ |
| Portland,OR | +209.50-213.00+ | +220.00-220.00+ | +224.50-229.00+ | +236.25-236.25+ | 213.00-214.50- | 213.00-217.09+ |
| SanFran-EBay(e) | +200.50-209.00+ | +207.05-216.00+ | +213.05-223.00+ | | | +219.00-231.20+ |
| Seattle/Tacoma | +207.50-213.00+ | +213.50-220.00+ | +220.00-229.00+ | | 207.50-207.50 | 209.50-216.00 |
| Spokane(d) | +208.50-209.75+ | +213.50-217.25+ | +220.50-224.75+ | | +228.75-233.58 | +228.25-230.50+ |

*All prices are provided by Axxis Petroleum. Discounts or temporary allowances offered by individual companies are not included in posted prices. Prices are conventional gasoline unless noted; in cities where both RFG and conventional are sold, prices are noted and listed on separate lines. All prices in cts/gal. (a)=Includes oxygenated gasoline. (d)=Includes branded gasoline. (e)=CARB gasoline/No.2 oil*

## Contract Cargo Prices

**No. 2 Fuel Barge (¢/Gal)**

+205.55-205.55+

**No. 6 Fuel Cargoes ($/bl)**

| Company | Eff Date | 0.3pct | 0.5pct | 1.0pct | 2.2pct | 2.8pct |
|---|---|---|---|---|---|---|
| Global | 08/23 | 65.00 | 63.75 | 58.00 | 53.00 | 51.00 |
| Sprague | 08/19 | | 61.00 | 55.75 | | |

**Ranges (b)**

| 0.3pct | 0.5pct | 1.0pct | 2.2pct | 2.8pct |
|---|---|---|---|---|
| 65.00-65.00 | 61.00-63.75 | 55.75-58.00 | 53.00-53.00 | 51.00-51.00 |

*All prices delivered, N.Y. Harbor. Residual fuels are low pour. (a) Barge prices, FOB Terminal. Some suppliers grant TVAs. (b) Ranges excluded low and high for each grade. W=Withdrawn*

## Atlantic & Gulf Coast Resid

| | | No. 4 Fuel | | No. 6 Fuel |
|---|---|---|---|---|
| New York | 0.3% | +74.25-74.25+ | 0.3% | +67.25-67.25+ |
| Albany | 1.5 | 66.50-66.50 | 1.5 | 50.95-50.95 |
| Boston | 0.5 | 74.00-77.00 | 0.5 | 63.50-66.75 |
| | 1.0 | 71.25-73.50 | 1.0 | 58.00-59.25 |
| | | | 2.2 | 51.75-51.75 |
| New Haven | 1.0 | 73.00-73.00 | 1.0 | 59.25-59.25 |
| Portland | 1.5 | 73.50-73.50 | 2.5 | 53.25-53.25 |
| Providence | 1.0 | 71.25-73.50 | 1.0 | 58.00-59.25 |