## Five-Day Rolling Averages*

*Five Days ending Aug 25

| Naphtha | $/Bbl | c/Gal |
|---|---|---|
| Singapore | 58.96—59.00 | 140.37**140.47 |
| | $/MT | c/Gal |
| Japan C/F | 547.50—550.75 | 144.84**145.70 |
| Arab Gulf | 509.96—513.33 | 134.91**135.80 |
| CIF NWE Physical | 537.40—537.90 | 142.17**145.38 |
| Rotterdam Barge | 533.40—533.90 | 141.11**144.30 |
| FOB Med | 518.95—519.45 | 137.29**140.39 |
| CIF Genoa | 533.10—533.60 | 141.03**144.22 |
| US Gulf W | 592.10**594.23 | 166.79—167.39 |
| Carib Cargo | 590.93—593.11 | 162.79**163.39 |

| Jet Kerosene | $/MT | c/Gal |
|---|---|---|
| CIF NWE Cargo | 643.20—644.20 | 194.91**194.04 |
| Rotterdam Barge | 638.55—639.55 | 193.50**192.64 |
| FOB Med | 628.40—629.40 | 190.42**189.58 |
| US Gulf Water | 625.29**628.04 | 188.34—189.17 |
| US Gulf Pipe | 623.63**626.38 | 187.84—188.67 |
| Carib Cargo | 616.98—619.68 | 191.02**191.85 |
| NY Cargo | 627.92**628.85 | 190.28—190.56 |
| LA Pipeline | 626.04**630.18 | 196.25—197.55 |
| Group 3 | 638.87**641.36 | 192.43—193.18 |
| Chicago | 634.62**637.61 | 191.15—192.05 |

| Low Sulfur Resid Fuel Oil | $/Bbl | $/Mt |
|---|---|---|
| Singapore LSWR Mixed/Cracked | 51.81—51.91 | 347.13**347.80 |
| CIF ARA 1% | 44.70**44.85 | 290.55—291.55 |
| Rot Bar 1% | 43.74**43.22 | 279.95—280.95 |
| NWE FOB 1% | 44.16**43.64 | 282.65—283.65 |
| Med FOB 1% | 45.10**44.56 | 288.65—289.65 |
| NY Cargo .3% HP | 57.80—58.25 | 387.26**390.28 |
| NY Cargo .3% LP | 59.95—60.40 | 401.67**404.68 |
| NY Cargo .7% Max | 50.85—51.20 | 330.53**332.80 |
| NY Cargo 1% Max | 45.70—46.05 | 297.05**299.33 |
| US Gulf 1% | 47.75—48.25 | 301.78**304.94 |

| Hi Sulfur Resid Fuel Oil | $/Bbl | $/Mt |
|---|---|---|
| Singapore 180 | 46.09**46.09 | 299.57—299.61 |
| Singapore 380 | 43.93**43.94 | 281.15—281.18 |
| Arab Gulf 180 | 44.78**44.78 | 286.58—286.62 |
| CIF ARA 3.5% | 41.69**41.52 | 262.65—263.65 |
| NWE FOB 3.5% | 40.34**40.18 | 254.15—255.15 |
| Med FOB 3.5% | 40.35**40.19 | 254.20—255.20 |
| CIF Med 3.5% | 41.62**41.45 | 262.20—263.20 |
| NY Cargo 2.2% | 40.40—40.75 | 258.56**260.80 |
| NY Cargo 3.0% | 38.20—38.45 | 244.48**246.08 |
| US Gulf 3% | 39.69—40.03 | 254.02**256.19 |
| Carib 2.0% | 36.40—36.75 | 232.96**235.20 |
| Carib 2.8% | 34.15—34.40 | 218.56**220.16 |

| Crude Oil, FOB Source | $/Bbl |
|---|---|
| West Texas Int | 66.14—66.16 |
| NYMEX Crude | 65.42 |
| Mars | 58.40—58.44 |
| Brent (DTD) | 65.27—65.31 |
| Brent (First Month) | 65.26—65.30 |
| Dubai (First Month) | 56.63—56.65 |
| Oman (First Month) | 57.60—57.62 |
| Urals CIF Med | 58.63—58.68 |
| WTI Posting Plus | 2.68 —2.70 |

| Gasoil/Heating Oil | $/Bbl | c/Gal |
|---|---|---|
| Singapore | 70.01—70.05 | 166.69**166.79 |
| Arab Gulf | 67.38—67.42 | 160.43**160.52 |
| L.A. LS Diesel | 82.78**83.22 | 197.10—198.15 |
| S.F. LS Diesel | 82.70**83.31 | 196.90—198.35 |
| | $/MT | c/Gal |
| 0.2 CIF ARA | 597.00—597.90 | 190.73**191.02 |
| EN590 CIF ARA | 392.20—393.20 | 125.30**125.62 |
| 0.2 Rotterdam Barge | 588.45—589.40 | 188.00**188.31 |
| 0.2 FOB NWE | 586.00—586.90 | 187.22**187.51 |
| 0.2 CIF MED | 595.35—596.35 | 190.21**190.53 |
| EN590 CIF MED | 541.55—542.55 | 173.02**173.34 |
| NY Cargo | 565.87**567.03 | 179.64—180.01 |
| NY Barge | 568.23**569.39 | 180.39—180.76 |
| US Gulf Water | 556.93**557.73 | 180.82—181.08 |
| US Gulf Pipe | 555.39**556.19 | 180.32—180.58 |
| Group 3 | 566.97**568.44 | 184.08—184.56 |
| Carib Cargo | 563.65—564.45 | 181.24**181.50 |
| NYMEX NO. 2 | 573.91 | 182.19 |

| Gasoline,Intl. Market | c/Gal | Prem $/Mt |
|---|---|---|
| CIF ARA Prem Unl | 180.84**181.13 | 634.75—635.75 |
| R dam Barge Prem Unl | 180.41**180.70 | 633.25—634.25 |
| FOB NWE Prem Unl | 178.70**178.99 | 627.25—628.25 |

| Gasoline, U.S. Market | Unleaded | Premium |
|---|---|---|
| NY Cargo | 183.24—184.13 | 216.81—217.26 |
| NY Barge | 183.74—184.63 | 217.31—217.76 |
| US Gulf Water | 182.49—183.09 | 194.29—194.89 |
| US Gulf Pipe | 181.99—182.59 | 193.79—194.39 |
| Group | 197.56—198.58 | 205.11—206.18 |
| LA Pipeline | 198.35—199.45 | 209.80—210.80 |
| SF Pipeline | 195.25—196.25 | 206.70—207.70 |
| Chicago | 190.55—191.70 | 193.55—194.80 |
| NYMEX Unl | 188.24 | |

*Conversions either side of asterisks*

## Product Price Assessments ($/MT)

| | Cargoes FOB Med Basis Italy | Cargoes CIF Med Basis Genoa/Lavera | Cargoes CIF NWE Basis ARA | Barges FOB Rotterdam | Cargoes FOB NWE |
|---|---|---|---|---|---|
| **European Bulk** | | | | | |
| 98 RON Unl | | | | +695.00-696.00+ | |
| Prem Unl | | | +650.00-651.00+ | +645.75-646.75+ | +642.50-643.50+ |
| Prem Unl 10 ppm | | | +657.25-658.25+ | | +649.75-650.75+ |
| Prem Unl 50 ppm | +629.50-630.50+ | +637.75-638.75+ | | +638.25-639.25+ | |
| Reg Unl | | | +649.00-650.00+ | +642.75-643.75+ | +641.50-642.50+ |
| Barge diff 10ppm/50ppm | | | | -8.00—7.00 | |
| MTBE | | | | +975.00-980.00+ | |
| Naphtha Physical | +530.75-531.25+ | +545.25-545.75+ | +549.75-550.25+ | +545.75-546.25+ | |
| Naphtha Swaps | | | +553.75-554.25+ | | |
| Jet Kerosene | | | +644.25-645.25+ | +640.00-641.00+ | +636.00-637.00+ |
| Jet Av. Fuel | +629.25-630.25+ | | | | |
| ULSD | | | +626.50-627.50+ | +617.50-618.00+ | +616.75-617.75+ |
| ULSD 50 ppm | +622.00-623.00+ | +631.50-632.50+ | +623.00-624.00+ | | +611.75-612.75+ |
| Gasoil 10ppm | | | +626.50-627.50+ | +620.25-620.75+ | +617.25-618.25+ |
| Gasoil 0.2 | +586.50-587.50+ | +600.75-601.75+ | +603.25-604.25+ | +596.00-597.00+ | +592.25-593.25+ |
| Russian Gasoil 0.2 | | | +607.25-608.25+ | | |
| 1% Fuel Oil(x) | -283.00-284.00- | -291.25-292.25- | -284.75-285.75- | -275.50-276.50- | -277.25-278.25- |
| 3.5% Fuel Oil | +255.00-256.00+ | +263.25-264.25+ | +264.25-265.25+ | +268.50-269.00+ | +255.75-256.75+ |
| 380 CST | | | | +272.50-275.00+ | |
| 0.5%-0.7% Straight Run | | | | | +382.00-385.50+ |

*0.2 PCT Gasoil does not include -5 -15 spec. IPE Average (SEP) +596.25. IPE Average (OCT) 599.00+.(x)*

*(x)=See corrections page 5.*

## Product Price Assessments

### New York/Boston

| | | Cargo | Barge |
|---|---|---|---|
| 9.0 RVP | Unl 87 0.3% | +188.25-188.45+ | +188.75-188.95+ |
| | Unl 89 0.3% | +203.29-203.81+ | +203.79-204.31+ |
| | Unl 93 0.3% | +225.85-226.85+ | +226.35-227.35+ |
| | Unl 87 RFG* | +198.35-198.60+ | +198.85-199.10+ |
| | Unl 89 RFG* | +209.35-209.90+ | +209.85-210.40+ |
| | Super Unl 93 RFG* | +225.85-226.85+ | +226.35-227.35+ |
| | Unl 87 (Boston RFG) | +199.85-200.10+ | |
| | Unl RBOB 5.9 RVP | | +194.60-194.95+ |
| | Prem RBOB 5.9 RVP | | +226.35-227.35+ |
| | MTBE | +290.00-320.00+ | |
| | Ethanol NYH 5-15 | | 175.00-185.00 |
| | Jet Fuel | +193.95-194.20+ | +194.45-194.70+ |
| | LS Jet/Kero | -195.95-196.95+ | -196.45-197.45+ |
| | LS Jet/Kero(Boston) | -197.45-198.45+ | |
| | No. 2 | +183.45-183.95+ | +184.20-184.70+ |
| | LS Diesel | +189.70-189.95+ | +190.20-190.45+ |
| | No. 2 (Boston) | +185.20-185.70+ | |
| | LS Diesel (Boston) | +191.20-191.45+ | |
| $/Bbl | No. 6 0.3%S HiPr | +58.75-59.00+ | +58.75-59.00+ |
| | No. 6 0.3%S LoPr | +60.75-61.00+ | +60.75-61.00+ |
| | No. 6 0.7%S Max | +51.25-51.75+ | +51.25-51.75+ |
| | No. 6 1%S Max | 45.75-46.25 | 45.75-46.25 |
| | No. 6 2.2%S Max | +40.25-40.50+ | +40.25-40.50+ |
| | No. 6 2.2%S Max (Bstn) | +40.35-40.60+ | |
| | No. 6 3.0%S Max | +40.00-40.25+ | +40.00-40.25+ |
| | No. 6 1.0%S Pap. 1st M | -45.90-46.00- | |
| | No. 6 1.0%S Pap. 2nd M | -46.50-46.60- | |
| *RVP=7.1 | No. 6 1.0%S Pap. Qtrly | -47.55-47.65- | |

### U.S. Buckeye Pipeline / Laurel Pipeline 9.0 RVP

| U.S. Buckeye Pipeline | | Laurel Pipeline 9.0 RVP | |
|---|---|---|---|
| Unl 87 0.3% | +188.75-188.95+ | UNL 87 | +188.75-188.95+ |
| Unl 89 0.3% | +203.79-204.31+ | UNL 89 | +203.79-204.31+ |
| Unl 93 0.3% | +226.35-227.35+ | UNL 93 | +226.35-227.35+ |
| Unl RBOB | +194.60-194.95+ | UNL 87 7.8 rvp | +194.25-194.45+ |
| Prem RBOB | +226.35-227.35+ | UNL 89 7.8 rvp | +207.49-208.01+ |
| No.2 | +184.20-184.70+ | UNL 93 7.8 rvp | +227.35-228.35+ |
| LS Diesel | +190.20-190.45+ | | |
| Jet fuel | +194.45-194.70+ | | |
| LS Jet/kero | -196.45-197.45+ | | |

*Conventional Gasoline is 9.0 RVP; RBOB is 5.9 RVP

### Gas Liquids (c/Gal)

| | Mont Belvieu | Conway | Other Hubs |
|---|---|---|---|
| Ethane/Propane | -69.750-70.250- | -65.250-65.750- | |
| Ethane Purity | -70.750-71.250- | | |
| Propane | 97.000-97.250- | -96.000-96.250- | |
| Propane TET | -97.250-97.500- | | |
| Normal Butane | -108.750-109.250- | -103.750-104.250- | |
| Butane TET | 106.750-107.250 | | |
| Isobutane | -111.000-111.500- | -127.500-128.000- | |
| Isobutane TET | -112.000-112.500- | | |
| Natural Gasoline | | +139.750-140.250+ | |
| Natural Gasoline TET | +141.500-142.000+ | | |
| Natural Non-Dynegy | +141.500-142.000+ | | |
| Natural Dynegy | +139.500-140.000+ | | |
| Bushton Propane | | | -96.500-96.750- |
| Hattiesburg Propane | | | -99.500-99.750- |
| River Natural Gasoline | | | +142.500-143.000+ |

## ENAP sells gasoline cargoes to Lukoil

*Houston*—Chilean state oil company ENAP this week awarded tenders to sell gasoline to Russian oil company Lukoil, a market source said Thursday. ENAP had tendered to sell 125,000 bbl of 91 RON gasoline, 107,000 bbl of 95 RON gasoline and up to 107,000 bbl of low octane gasoline, with Aug 23 as the deadline for bids, sources said. The gasoline is to load from San Vicente and Quintero on Sep 5-10, sources said. The awarding of the tenders could not be immediately confirmed with the two parties, but it was learned the tender price was based off the US Gulf Coast 87 unleaded price based on published prices.

### U.S. Gulf Coast

| | | Waterborne | Pipeline |
|---|---|---|---|
| 9.0 RVP—Supplemental Summer | | | |
| | Unl 87 | +182.80-183.80+ | +182.30-183.30+ |
| | Unl Midgrade 89 | +184.40-185.60+ | +183.90-185.10+ |
| | Prem Unl 93 | +186.80-188.30+ | +186.30-187.80+ |
| 7.8 RVP | | | |
| c/Gal | Unl 87 | +184.05-185.05+ | +183.55-184.55+ |
| | Unl 87 RFG* | +187.55-188.55+ | +187.05-188.05+ |
| | Unl 89 | -188.45-189.45+ | -187.95-188.95+ |
| | Unl 89 RFG* | +191.55-192.55+ | +191.05-192.05+ |
| | Prem Unl 93 | -195.05-196.05 | -194.55-195.55 |
| | Prem Unl 93 RFG* | +197.55-198.55+ | +197.05-198.05+ |
| | RBOB 83.7* | | +184.55-185.55+ |
| | RBOB 91.4* | | -195.55-196.55 |
| 7.0 RVP | Unl 87 ULS 30 "Atlanta" | | +188.55-189.55+ |
| | Prem Unl 93 ULS 30 "Atlanta" | | +205.55-206.55+ |
| | MTBE | 290.00-320.00+ | |
| | Alkylate** | +26.00-27.00- | |
| | Naphtha | +167.55-168.55+ | |
| | Naphtha Barge | +168.55-169.55+ | |
| | Hvy Naphtha | +170.55-171.55+ | |
| | Hvy Naphtha Barge | +171.55-172.55+ | |
| | Jet/Kero 54 | +192.90-193.30- | +192.40-192.80- |
| | Jet/Kero 55 | -194.80-195.30- | -194.30-194.80- |
| | No. 2 | +184.60-184.85+ | +184.10-184.35+ |
| | LS Diesel | +189.55-189.80+ | +189.05-189.30+ |
| $/Bbl | No. 6 1.0%S 8 API | +43.25-43.75+ | |
| | No. 6 1.0%S 6 API | +48.75-49.25+ | |
| | No. 6 3.5%S | +40.45-40.85+ | |
| | No. 6 3.0%S | +40.45-40.85+ | |
| | No. 6 3.0%S Pap. 1st M | -41.15-41.25- | |
| | No. 6 3.0%S Pap. 2nd M | -41.35-41.45- | |
| | No. 6 3.0%S Pap. Qtrly | 41.75-41.85 | |

*=RVP=13.5 Gasoline assessments reflect cycle 25. No.2 assessments reflect cycle 24. L/S No.2 assessments reflect cycle 25. Jet 54 assessments reflect cycle 25. Jet 55 assessments reflect cycle 25. **=Premium to Gulf Coast waterborne Unl 87.

### U.S. Gulf Coast Half-Cycle

| | Cycle | Front Half | Back Half |
|---|---|---|---|
| **Gasoline 7.8 RVP** | | | |
| Unl-87 Prompt | 25 | +183.55-184.55+ | +183.55-184.55+ |
| Unl-87 Next | 26 | -182.55-183.05- | -182.55-183.05 |
| Unl-87 After Next | 27 | +182.05-182.55+ | +182.05-182.55+ |
| Prem 93 Prompt | 25 | -194.55-195.55 | -194.55-195.55+ |
| Prem 93 Next | 26 | -193.55-194.05- | -193.55-194.05- |
| Prem 93 After Next | 27 | 193.05-193.55+ | 193.05-193.55+ |
| **Reformulated 13.5 RVP** | | | |
| RFG 87 Prompt | 25 | +187.05-188.05+ | +187.05-188.05+ |
| RFG 87 Next | 26 | -186.05-186.55- | -186.05-186.55 |
| RFG 87 After Next | 27 | +185.55-186.05+ | +185.55-186.05+ |
| RFG 93 Prompt | 25 | +197.05-198.05+ | +197.05-198.05+ |
| RFG 93 Next | 26 | -196.05-196.55- | -196.05-196.55 |
| RFG 93 After Next | 27 | +195.55-196.05+ | +195.55-196.05+ |
| **Supplemental 9.0 RVP** | | | |
| Unl-87 Prompt | 25 | +182.30-183.30+ | +182.30-183.30+ |
| Unl-87 Next | 26 | -181.80-182.30 | +181.80-182.30+ |
| Unl-87 After Next | 27 | +181.30-181.80+ | +181.30-181.80+ |
| Prem 93 Prompt | 25 | +186.30-187.80+ | +186.30-187.80+ |
| Prem 93 Next | 26 | +185.80-186.30+ | +185.80-186.30+ |
| Prem 93 After Next | 27 | +185.30-185.80+ | +185.30-185.80+ |
| **Distillates** | | | |
| No. 2 Prompt | 24 | NA-NA | +184.10-184.35+ |
| No. 2 Next | 25 | +184.55-185.05+ | +184.55-185.05+ |
| No. 2 After Next | 26 | +184.80-185.30+ | +184.80-185.30+ |
| Jet Kero Prompt | 25 | +192.40-192.80- | +192.40-192.80- |
| Jet Kero Next | 26 | +192.80-193.30+ | +192.80-193.30+ |
| Jet Kero After Next | 27 | +193.05-193.55+ | +193.05-193.55+ |
| LS Diesel Prompt | 25 | +189.05-189.30+ | +189.05-189.30+ |
| LS Diesel Next | 26 | +189.20-189.40+ | +189.20-189.40+ |
| LS Diesel After Next | 27 | +189.30-189.55+ | +189.30-189.55+ |

### Chicago Pipeline

| | | |
|---|---|---|
| 9.0 RVP | | |
| c/Gal | Unleaded 87 | -192.05-192.55- |
| | Unleaded 89 | -193.25-193.75- |
| | Prem. Unl 93 | -195.05-195.55- |
| | RBOB | -203.55-204.05- |
| | Jet Fuel | +194.80-195.05+ |
| | No. 2 | +188.55-189.30+ |
| | LS Diesel | +191.05-191.80+ |
| | Ethanol (terminal) | 205.00-207.00 |

### Group Three

| | | |
|---|---|---|
| 9.0 RVP | | |
| c/Gal | Unleaded | +202.60-203.10+ |
| | Prem. Unleaded | +210.10-210.60+ |
| | No. 2 | +187.20-187.70+ |
| | LS Diesel | +190.70-191.20+ |
| | Jet Fuel | +195.70-196.20+ |

## Product Price Assessments

### West Coast Pipeline — Prices effective 24Aug05

| California | | Los Angeles(a) | San Francisco(b) |
|---|---|---|---|
| c/Gal | Unl 87 | +203.75-204.25+ | +200.75-201.25+ |
| | Prem Unl 91 | +216.00-216.50+ | +213.00-213.50+ |
| | CARBOB Unl | +206.25-206.75+ | +203.25-203.75+ |
| | CARBOB Prem | +218.50-219.00+ | +215.50-216.00+ |
| | Jet Fuel | +202.75-203.50+ | +202.75-203.50+ |
| | LS (EPA) Diesel | +203.75-204.00+ | +206.75-207.00+ |
| | CARB Diesel | +206.50-207.00+ | +209.50-210.00+ |
| $/MT | 180 cst | 284.00-289.00 | 290.00-291.00 |
| | 380 cst | +275.00-277.00+ | +270.00-275.00+ |
| Differential to NYMEX | | | |
| | CARBOB | 13.75-14.25 | |
| | CARBOB Paper 1-mo | 17.50-18.50 | |
| | CARBOB Paper 2-mo | 18.00-19.00 | |
| | Jet Fuel | 12.50-13.00 | |
| | LS (EPA) Diesel | 13.25-13.75 | |
| | CARB Diesel | 16.25-16.75 | |

### Other West

| | | Phoenix(j) |
|---|---|---|
| | CBG/RBOB Unl | +213.75-214.25+(e) |
| | CBG/RBOB Prem | +226.00-226.50+(g) |

### Southern California Rail Car Assessments

| | |
|---|---|
| Ethanol Prompt 7-14 days | 190.00-198.00+ |
| Ethanol Forward 15-30 days | 190.00-198.00+ |

### North California Rail Car Assessments

| | |
|---|---|
| Ethanol Prompt 7-14 days | 190.00-198.00+ |
| Ethanol Forward 15-30 days | 190.00-198.00+ |

### Northwest

| | | Portland(c) | Seattle(d) |
|---|---|---|---|
| c/Gal | Unl 87 | +208.00-208.50+ | +207.00-207.50+ |
| | Prem Unl 92 | +220.25-220.75+ | +219.25-219.75+ |
| | Jet Fuel | | +202.75-203.50+ |
| | LS (EPA) Diesel | +215.75-216.25+ | +214.75-215.25+ |
| $/MT | 180 cst | 322.00-324.00 | 322.00-323.00 |
| | 380 cst | +287.00-291.00+ | 281.00-283.00 |

*WEST COAST PIPELINE NOTES: (a)=RVP is 9.00; CARBOB RVP is 5.99;Clear reflects Arizona/Las Vegas specs. (b)=RVP is 7.80; CARBOB RVP is 5.99; Clear reflects Nevada specs.(c)=RVP is 7.80 (d)=RVP is 9.00. (e) = CBG 87.(g) = CBG 91.(j)=RVP is 7.00.*

### West Coast Waterborne — Prices effective 24Aug05

| | | |
|---|---|---|
| c/Gal | Unl 87 | +202.75-203.75+ |
| | Jet Fuel | +201.75-202.25+ |
| $/Bbl | Gasoil 0.05%S | +85.00-85.25+ |
| | No. 6 0.5%S | +44.75-45.00 |
| | No. 6 1.0%S | +43.50-43.75 |
| | No. 6 2.0%S | +42.50-42.75 |

### Caribbean Cargoes, FOB

| | | $/MT | c/Gal |
|---|---|---|---|
| | Naphtha | +593.69-597.32+ | +163.55-164.55+ |
| | Jet Kerosene | +631.80-633.10- | +194.40-194.80- |
| | Gasoil | +575.36-576.14+ | +185.60-185.85+ |
| $/Bbl | No.6 2.0%S | +36.25-36.50+ | |
| | No.6 2.8%S | +35.95-36.20+ | |

### Latin America, FOB

| $/Bbl | | | |
|---|---|---|---|
| **Argentina** | | **Ecuador** | |
| Gasoline84 | +72.68-73.10+ | FO1.5%S | +37.78-37.88+ |
| Gasoil | +78.00-78.11+ | FO2.2%S | +37.40-37.60+ |
| FO0.7%S | 44.00 -44.75 | **Peru** | |
| **Brazil** | | Naphtha | +68.06-68.08+ |
| FO0.5-0.6%S | 41.75 -42.25 | FO1.6%S | 40.00 -40.05 |
| **Colombia** | | FO2.0%S | 40.25 -40.30 |
| FO1.6%S | 41.50 -42.00 | | |

### Arab Gulf, FOB

| $/M T | | $/Bbl | |
|---|---|---|---|
| Naphtha | +528.25-532.85+ | Kerosene | +74.30-74.34+ |
| Naphtha LR2 | +534.83-538.83+ | Kerosene LR2 | +74.88-74.91+ |
| HSFO 180 cst | +291.27-291.31+ | Gasoil 0.05%S | +73.19-73.23+ |
| HSFO 380 cst | +273.51-273.55+ | Gasoil 0.25%S | +68.74-68.78+ |
| 95 RON Unleaded | +72.91-72.95+ | Gasoil | +68.24-68.28+ |
| | | Gasoil LR2 | +68.85-68.89+ |

### Asia

| | | C&F Japan | Singapore* | C+F Australia |
|---|---|---|---|---|
| $/Bbl | Mogas Unl | +77.96-78.00+ | | |
| | Mogas 92 Unl | | +75.28-75.32+ | +80.31-80.35+ |
| | Mogas 95 Unl | | +75.98-76.02+ | +81.01-81.05+ |
| | Mogas 97 Unl | | +77.43-77.47+ | |
| $/MT | MTBE | | 670.00-680.00 | |
| | Naphtha | +566.75-570.75+ | +61.18-61.22+ | |
| | Naphtha 30-45 | +573.75-574.25+ | | |
| | Naphtha 45-60 | +570.25-570.75+ | | |
| | Naphtha 60-75 | +566.75-567.25+ | | |
| $/Bbl | Jet Kerosene | +78.69-78.73+ | +76.82-76.85+ | +81.91-81.95+ |
| | Gasoil | +76.95-76.99+ | | |
| | Gasoil 0.05%S | | +74.95-74.99+ | +80.35-80.39+ |
| | Gasoil 0.25%S | | +72.80-72.84+ | +78.20-78.24+ |
| | Gasoil 0.5%S | | +70.90-70.94+ | +76.30-76.34+ |
| | Gasoil 50ppm | | +76.05-76.09+ | +81.45-81.49+ |
| | Gasoil 50ppm 0.5% | | +2.36-2.40+ | |
| | LSWR Mixed/Cracked | | +53.20-53.30+ | |
| | Naphtha Pap. (Bal Month) | | NA-NA | |
| | Naphtha Pap.(SEP ) | | +60.63-60.67+ | |
| | Naphtha Pap.(OCT ) | | +59.93-59.97+ | |
| | Kerosene Pap.(Bal Month) | | NA-NA | |
| | Kerosene Pap.(SEP ) | | +79.38-79.42+ | |
| | Kerosene Pap.(OCT ) | | +81.58-81.62+ | |
| | Gasoil 0.5% Pap.(Bal Month) | | NA-NA | |
| | Gasoil Pap.(SEP ) | | +73.56-73.59+ | |
| | Gasoil Pap.(OCT ) | | +75.86-75.89+ | |
| $/MT | FO 180 cst 2% | | +306.39-306.43+ | |
| | HSFO 180cst | +316.04-316.08+ | +304.34-304.38+ | |
| | 180cst Disc/Premium | | —0.75—0.35- | |
| | HSFO 380cst | | +286.58-286.62+ | |
| | HSFO 180cst Pap (Bal Month) | | NA-NA | |
| | HSFO 180cst Pap.(SEP ) | | +304.98-305.02+ | |
| | HSFO 180cst Pap.(OCT ) | | +303.23-303.27+ | |

**Singapore Naphtha priced in $/Bbl*

### Asia Product Premium/Discount Assessments

| | MOP Singapore | MOP Arab Gulf | MOP Japan |
|---|---|---|---|
| Jet | —2.69—2.66- | +1.58-1.62+ | |
| Gasoil 0.25%S | +-0.89—0.85+ | 1.48- 1.52 | |
| Gasoil Reg 0.5% | +-2.79—2.75+ | 0.98- 1.02 | |
| 380 CST | -3.00—2.50 | -17.00—16.00 | |
| Naphtha | 0.45- 0.55 | | 5.00- 6.00 |
| LSWR | -0.50- 0.00 | | |

### China

| $/MT | South China FOB | South China, C&F | Hong Kong |
|---|---|---|---|
| Unl 90 RON | +547.25-551.25+ | | |
| Unl 93 RON | +555.75-559.75+ | | |
| Jet Kerosene | | +630.85-634.85+ | |
| Gasoil 0.2% | | +560.40-564.40+ | |
| Gasoil L/P 0.5%S | | +553.70-557.70+ | |
| Fuel Oil 180 cst | | | +320.00-322.00+ |
| Fuel Oil 380 cst | | +295.60-296.00+ | +307.00-309.00+ |
| Marine Diesel | | | +525.00-530.00+ |

## Platts Euro denominated product assessments

| Cargoes CIF NWE/Basis ARA (Euro/mt) | | Barges FOB Rotterdam (Euro/mt) | |
|---|---|---|---|
| Prem Unl | 528.37 - 529.18 | Prem Unl | 524.91 - 525.73 |
| Nap Phy | 446.88 - 447.28 | 10 PPM | 504.19 - 504.59 |
| Jet | 523.70 - 524.51 | Gasoil 0.2% | 484.47 - 485.29 |
| | | 3.5% | 218.26 - 218.66 |

| Cargoes FOB NWE(Euro/mt) | |
|---|---|
| 1% | 225.37 - 226.18 |
| **Conventional cargoes NY harbor (Euro/gallon)** | |
| Unleaded 87 0.3% | 151.36 - 152.17 |
| Unleaded 89 0.3% | 162.58 - 163.23 |
| Unleaded 93 0.3% | 179.40 - 179.81 |
| No. 2 | 148.35 - 148.55 |

*Euro/US$ forex rate: 1.2302 .Platts Euro denominated European & US product assessments are based on market values and a Euro/US$ forex rate at 5:30 PM local London time.*

## Subscriber note

Effective October 1, 2005, Platts proposes to advance by one hour the timings for its European market-on-close assessment processes. From that date, Platts will reflect values at 16:30 London time, rather than 17:30 London time currently, in its assessments for crude oil, European oil products, oil derivatives and the main petrochemical products. Editorial processes and protocols preceding the MOC assessment, including time cutoffs for submission of new bids and offers and for making incremental price changes, will also be advanced by one hour. For comments or questions please contact Peter_stewart@platts.com, annalisa_jeffries@platts.com and jorge_montepeque@platts.com.

## Crude price assessments ($/bbl)

### International

*Swaps

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Brent (SEP) | +65.81-65.85+ | Dubai (OCT) | +58.24-58.26+ | Dubai (SEP)* | +59.18-59.22+ | MOG Diff (AUG)* | 0.43- 0.47 | MOG (SEP)* | +59.70-59.74+ |
| Brent (OCT) | +65.92-65.94+ | Dubai (NOV) | +59.19-59.21+ | Dubai (OCT)* | +59.53-59.57+ | MOG Diff (SEP)* | -0.50-0.54- | MOG (OCT)* | +59.72-59.76+ |
| Brent (NOV) | +66.48-66.52+ | Dubai (DEC) | +59.54-59.56+ | Dubai (NOV)* | +59.88-59.92+ | MOG Diff (OCT)* | +0.17-0.21+ | MOG (NOV)* | +60.78-60.82+ |
| Brent (DTD) | +65.82-65.88+ | Brent EFP (SEP) | NA- NA | BRENT/WTI 1st | —1.02—1.00- | MOG Diff (NOV)* | 0.88- 0.92 | Oman MOG (OCT) | —0.39—0.35- |
| NS Basket | +66.01-66.05+ | Brent EFP (OCT) | 0.02-0.04- | BRENT/WTI 2nd | —1.23—1.21- | Oman (OCT) | +59.36-59.38+ | Oman MOG (NOV) | —0.22—0.18- |
| DTD NSL | +65.82-65.88+ | Brent EFP (NOV) | 0.01-0.03- | BRENT/WTI 3rd | —1.47—1.45- | Oman (NOV) | +60.59-60.61+ | Oman MOG (DEC) | —0.12—0.08- |
| | | | | | | Oman (DEC) | +61.13-61.15+ | | |

### North Sea

| | | Spread vs fwd DTD Brent |
|---|---|---|
| NS DTD Strip | +65.44-65.46+ | |
| Forties | +66.33-66.36+ | 0.89-0.90 |
| Ekofisk | +64.88-64.92+ | -0.56—0.54 |
| Statfjord | +66.13-66.17+ | 0.69-0.71 |
| Oseberg | +65.88-65.92+ | 0.44-0.46 |
| Flotta | +61.14-61.21+ | -4.30—4.25 |

### London

| | Brent CFD | Dated Swap |
|---|---|---|
| 1wk (OCT) | -0.42—0.40- | 65.50-65.54 |
| 2wk (OCT) | -0.57—0.55- | 65.35-65.39 |
| 3wk (OCT) | -0.41—0.39 | 65.51-65.55 |
| 4wk (OCT) | -0.27—0.25+ | 65.65-65.69 |
| 5wk (OCT) | -0.15—0.13+ | 65.77-65.81 |
| 6wk (OCT) | -0.03—0.01+ | 65.89-65.93 |
| 7wk (OCT) | 0.09-0.11 | 66.01-66.05 |
| 8wk (OCT) | 0.21—0.23 | 66.13-66.17 |

### Asia $/Bbl

| | |
|---|---|
| Brent (SEP) | +66.21-66.25+ |
| Brent (OCT) | +66.21-66.25+ |
| Brent (NOV) | +66.69-66.73+ |
| Brent/Dubai | +7.97-7.99+ |

### West Africa

| | | Spread vs fwd DTD Brent |
|---|---|---|
| WAF DTD Strip | +65.76-65.78+ | |
| Brass River | +67.84-67.90+ | 2.08 -2.12 |
| Forcados | +67.64-67.70+ | 1.88 -1.92 |
| Escravos | +67.51-67.58+ | 1.75 -1.80 |
| Qua Ibo | +67.81-67.88+ | 2.05 -2.10 |
| Bonny Light | +67.79-67.85+ | 2.03 -2.07 |
| Cabinda | +62.69-62.74+ | -3.03—2.98 |
| Angola DTD Strip | +65.71-65.72+ | |

### Canada

| | | Spread vs fwd DTD Brent |
|---|---|---|
| Can DTD Strip | +65.85-65.87+ | |
| Terra Nova | +65.36-65.46+ | -0.49—0.41 |
| Hibernia | +66.06-66.16+ | +0.21- 0.29+ |

### Mediterranean

| | Urals CFD | Dtd Brent Swap |
|---|---|---|
| 1mo(Sep) | +60.02/60.13+ | —+5.80/-5.75+ |
| 2mo(Oct) | +60.22/60.33+ | ——5.60/-5.55- |

| | |
|---|---|
| WTI(SEP) | +67.12-67.16+ |
| WTI(OCT) | +67.37-67.41+ |
| WTI(NOV) | +68.09-68.13+ |

### Mediterranean

| | | Spread vs fwd DTD Brent |
|---|---|---|
| MED DTD Strip | +65.47-65.48+ | |
| Urals (Rdam) | +58.42-58.48+ | -7.05—7.00 |
| Urals (Med) | +58.82-58.88+ | -6.65—6.60 |
| Urals FOB Ven | +57.41-57.47+ | —8.06—8.01- |
| Urals FOB Novo | +57.85-57.91+ | —7.62—7.57- |
| Urals FOB Novo 80Kt | +57.63-57.69+ | +-7.84—7.79+ |
| Urals (RCMB) | +59.17-59.28+ | |
| Iran Lt (Sidi) | +62.76-62.83+ | -2.71—2.65 |
| Iran Hvy(Sidi) | +60.51-60.58+ | -4.96—4.90 |
| Es Sider | +61.42-61.48+ | -4.05—4.00 |
| Siberian Lt | +62.57-62.63+ | -2.90—2.85 |
| Saharan Bld | +65.62-65.68+ | -0.15—0.20- |
| Azeri Lt | +66.67-66.73+ | 1.20- 1.25 |
| Azeri Lt FOB | +65.82-65.88+ | -0.35—0.40- |
| Suez Blend | +57.09-57.15+ | -8.38—8.33 |
| Kirkuk | +57.99-58.05+ | -7.48—7.43 |
| Kumkol | +66.02-66.08+ | 0.55- 0.60 |
| Zarzaitaine | +65.87-65.93+ | 0.40- 0.45 |
| Syrian Hvy | +52.02-52.08+ | —13.45—13.40- |
| Syrian Lt | +61.42-61.48+ | —4.05—4.00- |
| CPC Blend CIF | +64.42-64.48+ | —1.05—1.00- |
| CPC Blend FOB | +63.62-63.68+ | —1.85—1.80- |
| CPC FOB 80KT | +63.43-63.49+ | +-2.04—1.99+ |

### Pacific Rim $/Bbl

| | |
|---|---|
| Pap.Tapis (SEP ) | +69.61-69.65+ |
| Pap.Tapis (OCT ) | +68.61-68.65+ |
| Labuan | +70.06-70.10+ |
| Miri | +70.01-70.05+ |
| Gippsland | +67.11-67.15+ |
| Daqing | +60.86-60.90+ |
| Shengli | +55.45-55.49+ |

** Spread vs NW Shelf*

| | | Spread vs NW Shelf |
|---|---|---|
| Tapis | +69.61-69.65+ | 0.95-1.05 |
| Griffin | +67.11-67.15+ | +-1.55—1.45+ |
| Cossack | +67.06-67.10+ | +-1.60—1.50+ |
| Kutubu | +66.96-67.00+ | +-1.70—1.60+ |
| Nanhai | +66.81-66.85+ | +-1.85—1.75+ |
| BachHo | +63.70-63.74+ | —1.55—1.45- |
| Nile Blend | +57.81-57.85+ | -3.40—3.30 |

| | | Spread vs OSP |
|---|---|---|
| Minas | +63.76-63.80+ | 0.65-0.75 |
| Attaka | +67.57-67.61+ | 0.95-1.05 |
| Ardjuna | +63.82-63.86+ | 0.25-0.35 |
| Handil Mix | +63.12-63.16+ | 0.10-0.20 |
| Senipah | +66.36-66.40+ | -3.35—3.25 |
| NWShelf* | +66.49- 66.53+ | -5.05—4.95 |
| Murban | +63.86-63.90+ | -0.04/0.08- |
| Qatar Land | +63.02-63.06+ | -0.05/ 0.05 |
| QatarMarine | +59.70-59.74+ | -0.20/-0.10 |
| Ras Gas | +64.53-64.57+ | +4.95/5.05+ |

| | | Spread vs OSP |
|---|---|---|
| Cinta | +58.87-58.91+ | 0.40-0.50 |
| Duri | +54.95-54.99+ | 1.35-1.45 |
| Widuri | +58.77-58.81+ | 0.40-0.50 |
| Belida | +67.29-67.33+ | 0.90-1.00 |
| Banoco | +56.68-56.71+ | -0.95/-0.85 |
| Lower Zakum | +63.93-63.97+ | -0.03/0.13- |
| Upper Zakum | +59.10-59.14+ | -0.75/-0.65 |
| Umm Shaif | +63.25-63.29+ | 0.05/ 0.15 |
| Al Shaheen | +57.43-57.47+ | -2.15/-2.05 |

### United States $/Bbl

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WTI(SEP) | +67.27-67.29+ | WTI EFP(SEP) | NA/ NA | Mars (SEP) | +58.99-59.01+ | Mars/WTI (SEP) | -8.29—8.27 | P-Plus WTI | +2.81-2.83+ | Kern River | +57.79-57.81+ |
| WTI(OCT) | -67.44-67.47- | WTI EFP(OCT) | 0.00/ 0.01 | Mars (OCT) | -59.36-59.39- | Mars/WTI (OCT) | -8.09—8.07 | P-5 WTI | 64.06 | Thums | +59.19-59.21+ |
| WTI(NOV) | -68.15-68.16- | WTI EFP(NOV) | 0.00/ 0.01 | Mars (NOV) | -60.04-60.06- | Mars/WTI (NOV) | -8.11—8.10 | WTI-Delta | +0.45—0.43+ | Line 63 | -63.31-63.35- |
| | | | | | | | | | | P-Plus Line 63 | 1.44-1.46 |

| | | Spread vs WTI |
|---|---|---|
| WTI Midland | -67.46-67.50- | 0.19-0.21 |
| LLS | -67.98-68.02- | 0.71—0.73 |
| HLS | -64.61-64.65- | -2.66—2.64 |
| WTS | -61.23-61.27- | -6.04—6.02 |

| | | Spread vs WTI |
|---|---|---|
| Poseidon | +60.76-60.80+ | -6.51—6.49 |
| Eugene Island | -63.54-63.62- | -3.73—3.67 |

| | | Spread vs WTI |
|---|---|---|
| Wyo.Sweet | -61.59-61.67- | -5.68—5.62 |
| ANS (Cal) | +64.51-64.55+ | -2.76—2.74 |
| Basrah Lt | -58.46-58.55- | -8.98—8.92 |
| Bonito | -63.79-63.87- | -3.48—3.42 |

### Latin America Crude $/Bbl

| | | Spread vs WTI |
|---|---|---|
| CanadonSeco | -58.64-58.72- | -8.80/-8.75 |
| Medanito | -66.69-66.77- | -0.75/-0.70 |
| Oriente | -56.19-56.27- | -11.25/-11.20 |
| Vasconia | -59.49-59.57- | -7.95/-7.90 |

| | | Spread vs WTI |
|---|---|---|
| Escalante | -58.39-58.47- | -9.05/-9.00 |
| Loreto | -55.19-55.27- | -12.25/-12.20 |
| CanoLimon | -61.94-62.02- | -5.50/-5.45 |
| Cusiana | -67.29-67.37- | -0.15/-0.10 |

| | | Spread vs WTI |
|---|---|---|
| Mesa30 | -61.04-61.12- | -6.40/-6.35 |
| SantaBarbara | -66.64-66.72- | -0.80/-0.75 |
| Marlim | -56.89-56.97- | -10.55/-10.50 |
| Napo | -50.14-50.22- | -17.30/-17.25 |

### Canadian Spot Crude Assessments

| | CDS/CM | US$/bbl | Spread vs Canada Basis |
|---|---|---|---|
| Lloyd Blend | -340.41-341.15- | +45.51-45.61+ | -22.25—22.15 |
| Mixed Sweet | -509.82-510.57- | +68.16-68.26+ | 0.40-0.50 |
| Light Sour Blend | -459.33-460.08- | +61.41-61.51+ | -6.35—6.25 |
| Condensates | -556.20-556.95- | +74.36-74.46+ | 6.60-6.70 |

**Canada Basis: see explanation at http:\\www.platts.com/oil/guidetospec/index.shtml*

### Canadian Postings Derived Crude Assessments

| | CDS/CM | US$/bbl |
|---|---|---|
| Par Crude | +506.40-508.40+ | +67.70-67.97+ |
| Mixed Lt. Sr | +452.50-454.50+ | +60.50-60.76+ |
| Bow River/Hardisty | +377.50-379.50+ | +50.47-50.74+ |
| Lt/Sr Cromer | +471.20-473.20+ | +63.00-63.26+ |
| Sr. Edmonton | +468.00-470.00+ | +62.57-62.84+ |
| Middale Cromer | +446.00-448.00+ | +59.63-59.89+ |

### Daily OPEC basket price ($/Bbl)

| | | |
|---|---|---|
| 24Aug | 58.90 | +0.75 |

Effective June 16, 2005, the daily OPEC basket price represents an index of the following 11 grades: Algeria's Saharan Blend, Indonesia's Minas, Iranian Heavy, Iraq's Basra Light, Kuwait's Export, Libya's Es Sider, Nigeria's Bonny Light, Qatar's Marine, Saudi Arabia's Arab Light, Murban of the UAE and Venezuela's BCF 17.

### Platts Euro denominated crude oil assessments (Euro/bbl)

| | | | |
|---|---|---|---|
| Dated Brent | NA- NA | WTI (SEP) | NA- NA |
| Urals (Mediterranean) | NA- NA | Mars (SEP) | NA- NA |

*Euro/US$ forex rate: 1.2302 .Platts Euro denominated crude oil assessments are based on market values and a Euro/US$ forex rate at 5:30 PM local London time.*

## Spot Tanker Rates

DIRTY

| Route | Size (MT) | WS | Rate ($/MT) | Route | Size (MT) | WS | Rate ($/MT) |
|---|---|---|---|---|---|---|---|
| Carib/USAC | 70k | -142 | -7.04 | AG/Asia | 80k | +170 | +18.48 |
| Carib/USGC | 50k | +180 | +8.33 | AG/USGC | 270k | -63 | -14.48 |
| Med/Med | 80k | -140 | -4.96 | AG/Asia | 260k | -72 | -7.83 |
| Med/USGC | 80k | -156 | -18.16 | UKC/UKC | 80k | -147 | -6.42 |
| Med/USGC | 130k | +108 | +12.57 | UKC/USGC | 130k | +108 | +11.55 |
| WAF/USGC | 130k | +116 | +14.13 | UKC/USAC | 80k | 167 | 13.63 |

CLEAN

| *Route* | *Size (MT)* | *WS* | *Rate ($/MT)* | *Route* | *Size (MT)* | *WS* | *Rate ($/MT)* |
|---|---|---|---|---|---|---|---|
| Carib/USAC | 30k | +315 | +14.27 | AG/India | 30k | 373 | 17.08 |
| Carib/USGC | 30k | +315 | +15.06 | AG/Japan | 30k | 318 | 43.18 |
| Carib/UKC | 30k | 200 | 18.68 | AG/Japan | 55k | +240 | +32.59 |
| Med/UKC | 30k | +205 | +14.74 | AG/Japan | 75k | +212 | +28.79 |
| Med/USAC | 33k | 265 | 25.23 | UKC/UKC | 25k | 205 | 8.16 |
| Med/Med | 30k | +195 | +7.35 | UKC/USAC | 33k | +256 | +20.84 |
| Sing/HK | 30k | 450 | 15.00 | UKC/USGC | 33k | +256 | 18.90 |
| Sing/Japan | 30k | 280 | 19.18 | BSea/Med | 30k | +195 | +13.92 |

## Futures Settlements

| | Close | Low | High | Change | Volume* | Open Interest |
|---|---|---|---|---|---|---|
| **NYMEX Crude ($/Bbl)** | | | | | | |
| OCT | 67.49 | 66.40 | 67.70 | 0.17 | 98722 | 253800 |
| NOV | 68.19 | 67.30 | 68.45 | 0.18 | 34806 | 96417 |
| DEC | 68.72 | 67.85 | 68.95 | 0.21 | 30653 | 116582 |
| JAN | 69.13 | 68.35 | 69.35 | 0.24 | 6746 | 48204 |
| **NYMEX Brent ($/Bbl)** | | | | | | |
| OCT | 66.25 | 65.50 | 66.35 | 0.25 | 2256 | 1619 |
| NOV | 66.78 | 66.05 | 66.32 | 0.28 | 2813 | 2963 |
| DEC | 67.29 | 67.29 | 67.29 | 0.34 | 1608 | 3080 |
| JAN | 67.67 | 67.67 | 67.67 | 0.39 | 175 | 1532 |
| **NYMEX Heating Oil (cts/gal)** | | | | | | |
| SEP | 186.95 | 183.55 | 187.50 | 0.41 | 18887 | 25656 |
| OCT | 190.78 | 187.60 | 191.40 | 0.44 | 20969 | 66784 |
| NOV | 193.68 | 190.50 | 193.90 | 0.54 | 3961 | 21555 |
| DEC | 196.08 | 193.20 | 196.50 | 0.69 | 2398 | 23139 |
| **NYMEX unleaded gasoline (cts/gal)** | | | | | | |
| SEP | 196.37 | 192.20 | 197.00 | 3.79 | 22515 | 24307 |
| OCT | 187.79 | 184.00 | 188.00 | 1.76 | 21993 | 69630 |
| NOV | 184.04 | 181.00 | 184.00 | 0.91 | 5793 | 17914 |
| DEC | 181.84 | 178.50 | 182.00 | 0.81 | 3846 | 16874 |
| **NYMEX natural gas ($/MMBtu)** | | | | | | |
| SEP | 9.770 | 9.400 | 9.820 | -0.21 | 29954 | 36233 |
| OCT | 9.827 | 9.450 | 9.870 | -0.19 | 19250 | 88854 |
| NOV | 10.242 | 9.880 | 10.260 | -0.14 | 5326 | 51276 |
| DEC | 10.642 | 10.310 | 10.640 | -0.10 | — | 38627 |
| Total volumes: Crude, 194733; Brent 6852 ; | | | | | | |
| Heating Oil, 49902 ; Gasoline, 158167; Natural gas, 536273 | | | | | | |
| **IPE Brent ($/Bbl)** | | | | | | |
| OCT | 66.27 | 65.25 | 66.56 | 0.26 | 75680 | 107588 |
| NOV | 66.81 | 65.88 | 67.00 | 0.30 | 33240 | 96040 |
| DEC | 67.33 | 66.41 | 67.48 | 0.38 | 18175 | 45519 |
| JAN | 67.70 | 66.85 | 67.85 | 0.42 | 5290 | 24125 |
| **IPE Brent Weighted Average ($/Bbl)** | | | | | | |
| OCT (1) | 65.85 | | | | | |
| NOV (1) | 66.41 | | | | | |
| **IPE Gasoil ($/Mt)** | | | | | | |
| SEP | 597.50 | 592.00 | 603.75 | 7.25 | 14759 | 52300 |
| OCT | 600.25 | 595.00 | 606.00 | 7.50 | 9142 | 44949 |
| *NOV* | *603.50* | *598.50* | *608.50* | *7.50* | *2181* | *19997* |
| DEC | 607.00 | 602.75 | 611.25 | 8.00 | 2208 | 29049 |

*Total volumes: Brent, 137366 ;Gasoil, 30954 *— Volumes are prior day s figures.*

## Refinery Updates

—Gasoline and diesel production at **Tesoro's** 168,000 b/d Golden Eagle refinery in Martinez, California, was reduced Thursday as a fire Wednesday in the plant's lone fluid catalytic cracker was being investigated, a company spokeswoman said. The downed 66,500 b/d FCC is "part of the gasoline and diesel-making process," said the spokeswoman, at the San Antonio, Texas, headquarters of the western US independent refiner and marketer. The cause of the fire and its impact on the FCC was under investigation, the spokeswoman said. "We're really assessing the entire situation," she said. "It's too early to communicate how long the process will take." The fire began at about 4:15 p.m. PDT Wednesday (0228 GMT Thursday) and was extinguished at 5:05 p.m., the spokeswoman said. There were no injuries. Also in Martinez, a San Francisco Bay Area city near Oakland, a hydrogen plant was reported by market sources to be down at Shell's 157,600 b/d refinery since Tuesday. A Shell spokesman Wednesday would not comment on the status of that refinery.

## Schiehallion field resumes output: BP

*London*—BP said Aug 25 that Schiehallion, the UK's largest single oilfield, resumed production over the weekend after a three-week shutdown to repair damage caused by a fire. Output from the 120,000 b/d field, which lies west of the Shetland Islands in the Atlantic, will build up in the next few days.

BP closed the facility July 29 after a small fire in an air compressor at the field's production vessel forced some staff to be evacuated.

"All the repairs that would allow us to restart were finished," BP spokesman Richard Grant said. "The field is not quite up to full production," he said, without giving precise figures. "It will be another few days."

The outage at Schiehallion, which lasted longer than BP's initial expectation of a "matter of days," and closures at other fields in the UK and Norway has helped support world crude prices.

Schiehallion produces about 7% of daily UK oil output. While repairs to the air compressor were completed within days of the fire, BP on Aug 10 said a review of the area found some cabling nearby had also been damaged, requiring the company to extend the shutdown.

The outage came amid a spate of unplanned shutdowns at other UK and Norwegian fields. Norway's Statoil resumed oil output at its 35,000 b/d Veslefrikk field in the North Sea earlier this month. Shell shut down some 10,000 b/d of Brent crude production and around 10,000 Mcf/d of gas on Aug 19 after the discovery of an oil leak from the Brent Bravo platform, the second outage there in less than a month.

Oil from Schiehallion, which began production in July 1998, is taken by a dedicated shuttle tanker to the Sullom Voe export terminal in Shetland where it loads in up to 1-mil bbl cargoes alongside Brent crude for export. Schiehallion Blend is a heavy, low-sulfur crude with an API gravity of 26.3 degrees and 0.46% sulfur. There are usually around three to four loadings totaling around 3.5-mil bbl a month of the grade.—*Staff reports*

## PLATTS Index

| | | |
|---|---|---|
| Jet Kerosene | 387.05 | 4.02 |
| Gasoline | 297.11 | 3.89 |
| Gasoil | 387.83 | 3.34 |
| Naphtha | 376.51 | 4.12 |
| Resid | 340.26 | 1.75 |
| *Atlantic Sweet Crude* | *413.93* | *5.80* |
| Mediterranean Sour Crude | 404.59 | 6.87 |
| PG/Asia Crude | 422.24 | 12.33 |
| U.S.Pipeline Crude | 391.37 | -1.18 |

# Cross-Asia clean rates soften after China limits gasoline exports

*London/Houston*—In the cross-Asia 30kt market, the biggest story has been the changed policy from the Chinese government to limit the number of gasoline cargoes exported from its shores. Industry sources said China may have slashed exports of low octane gasoline by as much as three to seven cargoes in September amid an acute shortage of the material at the pumps in the country's south since early August.

That has led to several vessels cancelling their charter party and having to ballast back to Singapore minus their intended cargo. The shortage of gasoline in south China means the product will stay within the country.

Sources said freight rates could soften as the number of vessels around Singapore increases, and owners are reluctant to go to China. Indeed, on Thursday shipping sources said the reduction in gasoline exports from China during September has already caused a fall in freight costs for clean tankers returning to Singapore from north Asia. Freight costs fell by $20-30,000 for these "backhaul" journeys, as the lower volume of exports meant there were more vessels competing for cargoes. Freight costs for South Korea to Japan for a 30,000mt cargo (denoted as a lump sum rather than Worldscale) fell to around $370-380,000.

Several vessels have been forced to take other cargoes, some ballasting back to Singapore, as exports from China were withdrawn, shipping sources said. For example, the clean tanker Ming Ze Hu was due to take a gasoline cargo but the Chinese refiner Sinopec has told Heidenreich, which controls the vessel, that it will have to cancel. "Negotiations are ongoing," a well-placed source said. But the Singapore-Japan 30kt market remained relatively stable, moving from W275 to W280 over the week and Sing-Australia pegged at W415.

There has been little fluctuation in clean freight rates in key shipping markets this last week, but markets have in general been quite balanced so rates have maintained.

To the east of Suez, rates for LR1s increased marginally by 5 Worldscale points to W238 by Aug 24 with owners in bullish moods and pushing for W245-250 levels. There is a good deal of tonnage in the Arab Gulf but a lot of the vessels are built in the 1980s and there are only a handful of modern, naphtha-suitable ships left. This has led to owners asking for higher rates for mid-September dates. The LR2 AG-Japan market has remained stable at W210 with only a couple of fixtures at that level.

To the west of Suez, the trans-Atlantic market settled after a short period of sharp upward pressure. Rates were pegged at W250 for most of the week, firming to W253 by mid-week. There were a few cargoes reported open in the market but limited news of any fixtures to act as the reference. In the Mediterranean and Northwest European markets, rates were mainly unchanged, although activity had started to pick up slightly.

Caribbean clean rates for 30kt and 40kt ships also were relatively stable for most of the week in the Caribbean, but some losses in 38kt tanker rates weighed somewhat on the 30kt market. A 38kt vessel on Wednesday for travel from the Carib to the US Gulf/Atlantic coasts was heard fixed at W215, about 35 points lower than levels seen earlier in the week. The 30kt tanker market for clean products was less active in the Caribbean, but rates were talked at notionally weaker levels. The slump in freight rates was considered to be short-lived, given the recently buoyant UKC-US clean tanker market.

By region in **dirty tankers,** it was the Black and Mediterranean markets that saw the most significant movement. For 30kt cross-Med and Black Sea-Med voyages, rates gained 15 Worldscale points in the five days to Aug 24, while rates for Suezmaxes (135kt) gained 11 Worldscale points to finish the period at W118. But dirty overall markets were broadly flat and uneventful in the week to Aug 24, with no sharp movements seen for any key voyages or vessel sizes.

In the 30kt sector, market participants said one reason for the increase could have been due to a slight build up of delays for ships with an overall length of less than 200 meters, due to tunneling work under the Bosporus strait. This was said to have brought about a slight tightening of shipping availability in the region at a time when there has been a pick-up in enquiry from charterers. In Suezmax markets, the key reason for the firmer tone was said to be charterers working cargoes for laycans around Sept 10-15, with a very slight tightening of tonnage seen. Litasco, Clearlake and Alpine were said to be among the players looking for shipping.

Aframax markets were broadly flat over the period. Cross-Med rates were seen at W160, rising five points and dropping two. The ratio of ships versus cargoes was said to be well-balanced, but with some scope to move into charterers' favor going forward.

In VLCCs, players noted a widening gulf in rates for double-hull tankers compared to single-hull rates. Players said the reason was tightness of availability of double hulls relative to single hulls.

Aframax tanker rates slipped in the Caribbean this week as a glut of tonnage overwhelmed chartering demand. Rates for 70kt vessels from the Caribbean to the US Gulf/Atlantic Coasts fell from W170 on Monday to trade as low as W142.5 on Wednesday. Panamax rates for the Caribbean also fell notionally in line with Aframaxes, and Panamax freight rates for Ecuador to the US West Coast were also weaker due to the recent force majeure on Oriente cargoes from Petroecuador. However, no 50kt ships were fixed for that route, so the current tanker rates for Panamaxes off the west coast of South America were difficult to define.—*Paul Hailey, Alaric Nightingale, Suzanne LaFavers*

## Flooding in the Rhine eases

*Bonn*—Rhine flooding that halted shipping from Karlsruhe, Germany to Basle, Switzerland on Wednesday eased going into Thursday, waterway authorities reported Thursday. An all-clear for shipping over the affected 200-km stretch of the river came at around 0700 GMT Thursday. The weather outlook for key Rhine feeder areas in southwestern Germany and Switzerland foresees drier conditions the next few days, indicating that river levels will continue to fall in the south and that stretches to the north will not face flooding, German shipping agents said.

The flooding was at best a minor factor in a rise of roughly 10% in Rhine freight rates for barges from Rotterdam to German and Swiss Rhine ports this week, agents said. Rather, higher rates "seem to stem from product shortages at North Sea ports with a pick-up in demand by our customers," one agent said.

But flooding still has the German Danube closed to shipping with the main wave crest still to come for the 224-km navigable stretch of the German river, a Danube authority expert said Thursday. The wave will begin moving through the stretch at Kehlheim in the west overnight from Thursday to Friday. "It will be a couple of days before the crest moves through (the entire navigable stretch)," the expert said.

Austrian Danube authorities expect that spot stretch closures for shipping on the river still remain ahead, yet see the river staying under flood levels in most places as the crest diminishes. Thursday at 5 a.m. GMT the Danube was over flood levels at several stations between Linz in the west and Vienna in the east.

## Shell, BP evacuating ahead of Hurricane Katrina; Borco terminal halts loadings

*New York*—Shell and BP began evacuating personnel from the eastern Gulf of Mexico ahead of Hurricane Katrina, which was strenghtening as it moved toward southeastern Florida Aug 25.

Both majors said there was no impact on production from the removal of Gulf staff.

Shell Exploration and Production said it would evacuate about 120 non-essential personnel from its easternmost Gulf operations over the next two days. The company, in a notice on its website, said "while most forecast models indicate [Hurricane] Katrina will remain east of Shell's Gulf of Mexico operations, we will continue to treat the storm with caution."

Shell noted "these evacuations are a precuation," adding,"There is no impact on Shell-operated production as a result of [Hurricane] Katrina."

Other Gulf producers, such as Chevron and Murphy Oil, said they would continue to monitor the storm, but had taken no action on platform/rig staffing or production as of presstime.

Meanwhile, the Bahamas Oil Refining Co's (Borco) 14.5-mil bbl oil terminal in Freeport, Bahamas, has halted tanker operations as of late Wednesday due to very high, rough seas in the area after the passing of Tropical Storm Katrina, a source with the terminal said Thursday.

Four fuel oil tankers were affected by the marine weather disruption, the source said. "Three of those vessels are in the neighborhood," while the fourth had not yet arrived, the source said. Some vessels that were expected at Borco this week have altered their arrival times due to the weather and port closure.

Borco's land terminal operations continued Thursday, but sea berthings and all marine operations were suspended until further notice, the source said. "Operations were suspended last night," he said, adding the improvement of weather would dictate when operations will restart. "Winds and waves are high," the source said, adding that improvement in weather is not expected until sometime Friday.

BORCO is owned by Venezuela's PDVSA. It operates oil storage, fuel blending and marine facilities at Freeport, on Grand Bahama island.

Meanwhile, a source at the nearby South Riding Point (SRP) terminal told Platts the SRP port had been shut since late Wednesday. "Katrina has passed us already," the source said. "We [are] just getting the tail winds... but we have very high seas... Both ports closed and I suspect tomorrow [Borco and SRP] will be closed as well."

The source said there were no tanker delays to report so far due to the SRP closure. Two tankers are expected to arrive over the weekend.

The SRP terminal, located 35 miles east of Freeport in High Rock, Grand Bahama, is a 5.25-mil bbl facility that is used as a holding area for onward crude deliveries to North America and as a break-bulk point for transhipment operations.

The National Hurricane Center said the center of Katrina should be near or over the southeast Florida coast late Aug 25 or early Aug 26.—*Staff reports*

## China...from p. 1

rates to fluctuate within a plus/minus 8% range.

Retail gasoline guidance prices in Shandong were last raised July 23 by Yuan 0.05/liter to Yuan 3.97/liter for 90 RON, Yuan 4.23 for 93 RON and Yuan 4.47 for 97 RON. Gasoil also rose by Yuan 0.05/liter to Yuan 4.04.

The same day, wholesale gasoline prices were raised by Yuan 300/mt to Yuan 5,021/mt, Yuan 5,322/mt and Yuan 5,322/mt for 90 RON, 93 RON and 97 RON, respectively. Wholesale gasoil guidance price rose by Yuan 250/mt to Yuan 4,424/mt. But actual wholesale market trading prices are higher at Yuan 5,450-5,500/mt for 90 RON, Yuan 5,500-5,600/mt for 93 RON and Yuan 4,850-4,950/mt for gasoil. The 97 RON grade has not traded in recent days as there are simply no barrels being offered in the wholesale market, sources said (OPR 8/25).

The products shortage in China has been attributed to a number of factors. Some say the government-determined domestic prices are too low and are not providing enough incentive to refiners to supply the local market. Shandong's independent refiners, who crack straight-run fuel oil imported from Russia and South Korea to produce gasoil and gasoline, are also suffering a margin squeeze on account of runaway feedstock costs and capped prices for products. These refiners have a collective capacity of about 13.9-mil mt/yr.

They have forked out an average Yuan 3,137/mt in feedstock costs in August, compared with Yuan 3,023/mt in July and Yuan 2,927/mt in June. Some independent refiners have maintained runs at no higher than 70-80% of capacity, while others have simply suspended operations, traders said.

Independent retailers, meanwhile, are suffering from a lack of product from refiners and wholesalers as Sinopec and PetroChina have elected to channel all supplies to their own retail outlets, leaving the wholesale market high and dry.

Some observers say the refiners are holding back supplies in anticipation of another round of price hikes amid the soaring international oil market. The New York Mercantile Exchange's October WTI futures contract hit a fresh high of $68/bbl in after-hours trade Aug 24, after closing the New York session at a record $67.32/bbl.

Meanwhile, Beijing's pricing policies have come under fire since early this month when the artificially low domestic product prices forced refiners to scale back supplies to pumps, leading to an acute shortage of the material, especially in the economic powerhouse of Guangdong province.

The government has been slow to hike domestic prices despite soaring international prices to protect economic growth and keep a lid on inflation.

Chinese refiners processed 24.62-mil mt or 5.8-mil b/d of crude in July, the second-highest monthly crude throughput since the level last peaked in March 2005 at 24.68-mil mt, figures obtained from the National Bureau of Statistics showed Aug 25. July throughput was up 3.45% from June's 23.8-mil mt and was 7.44% higher on the year.

Gasoline output in July rose 10.75% from June to 4.53-mil mt while gasoil was up 5.9% to 9.31-mil mt, the data showed. Gasoil-to-gasoline output ratio inched lower to 2.06 last month, down from 2.15 in June as refiners adjusted their yields to produce more gasoline.—*Staff reports*

## NYMEX...from p. 1

4.1-mil bbl Sewaren, New Jersey, terminal from finished RFG to RBOB Oct 15.

Getty Oil is already supplying RBOB gasoline at its Newark, New Jersey, terminal, sources said. "We haven't done RFG there since 2003," a source close to Getty said earlier this week.

Meanwhile, NYMEX announced it expects to launch its open outcry trading floor in London Sep 12, offering Brent crude futures and options and Northwest Europe gasoil futures, "subject to final regulatory approval." NYMEX Europe filed its application with UK regulator Financial Services Authority Apr 7.

NYMEX said floor trading of the Brent futures contract in Dublin, which began in November 2004, will cease Sep 9.

A spokeswoman for the exchange said "we have the approval of FSA" to put out the statement on the start of London open outcry trade. "They don't anticipate any problems with our gaining final approval" by the start-up date.

The spokeswoman said the initial pits will accommodate 100 traders in Brent and 25 in gasoil.

In the exchange statement, Samuel Gaer, NYMEX Europe's CEO, said, "We are delighted to be able to offer the marketplace what it has asked for—open outcry trading in London."—*Gary Raynaldo, Robert DiNardo*