# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: April 4, 2006)

LA GLORIA OIL AND GAS COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court are Defendant's Motion to Dismiss the Amended Complaint, filed as Document 64 without the supplemental appendix, and Defendant's Motion to Dismiss the Amended Complaint and Supplemental Appendix, filed as Document 66 with an attached supplemental appendix. The court will regard Document 66 as the official version of defendant's motion. Plaintiff shall file its response to defendant's motion on or before May 1, 2006. Defendant shall file its reply in accordance with the time for filing provided by Rule of the Court of Federal Claims (RCFC) 7.2.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge