IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-465C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE APPENDIX BY HARD COPY**

Plaintiff, La Gloria Oil and Gas Company ("La Gloria"), hereby requests leave to file the appendix to its Opposition to Defendant's Motion to Dismiss by hard copy rather than electronically. The Court granted such leave in the similarly situated cases of *El Paso Merchant Energy – Petroleum Company v. United States*, No. 02-1094C (Fed. Cl.), *Hermes Consolidated, Inc., doing business as Wyoming Refining Company v. United States*, No. 02-1460C (Fed. Cl.), *Sunoco, Inc. v. United States*, No. 02-466C (Fed. Cl.), *Valero Refining-Texas, L.P., et al. v. United States*, No. 03-1916C (Fed. Cl.), and *Tesoro Hawaii Corp., et al. v. United States*, No. 02-704C (Fed. Cl.) due to technical issues which precluded Plaintiffs there from electronically filing the appendix. These technical issues, which are also present in this case, derive from the size of the appendix, which exceeds 650 pages. Defendant does not oppose this motion.

Accordingly, Plaintiff respectfully requests that its Motion For Leave To File Appendix By Hard Copy be granted.

Respectfully submitted,

s/J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
La Gloria Oil and Gas Company

*Of Counsel:*

Gary A. Winters
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006

May 1, 2006