# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: May 2, 2006)

| | |
|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Motion for Leave to File Appendix by Hard Copy (Pl.'s Mot. or motion), requesting "leave to file the appendix to [Plaintiff's] Opposition to Defendant's Motion to Dismiss by hard copy rather than electronically." Pl.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. Plaintiff shall file with the Clerk's Office three hard copies, and serve on defendant one hard copy, of the referenced appendix on or before Wednesday, May 3, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge