# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: May 2, 2006)

| | |
|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion for Leave to Exceed the Page Limitation (Pl.'s Mot. or motion), requesting "leave to exceed the page limitation . . . for its Opposition to Defendant's Motion to Dismiss." Pl.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. Plaintiff shall file its proposed Opposition to Defendant's Motion to Dismiss electronically as a separate document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge