IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-465C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

Defendant respectfully requests leave to exceed the page limit for its response to La Gloria' opposition to our motion to dismiss. Plaintiff's counsel has informed us that plaintiff does not object to this motion.

Pursuant to RCFC 5.2(b), our brief is limited to 20 pages. However, La Gloria has obtained leave to exceed the page limit for its opposition, and has filed an 84-page brief. The opposition is the first detailed statement of La Gloria's case, contains 12 enumerated arguments, and is accompanied by a voluminous appendix and 40 proposed findings of fact. We estimate that our brief will be approximately 47 pages.

For these reasons, defendant respectfully requests leave to exceed the page limit for its response to La Gloria's opposition to our motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

DONALD S. TRACY
Trial Attorney
Defense Supply Center Richmond
Richmond, VA 23297

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

May 19, 2006

CERTIFICATE OF FILING

I hereby certify that on May 19, 2006, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham