# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: May 22, 2006)

LA GLORIA OIL AND GAS COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion for Leave to Exceed the Page Limit (Def.'s Mot. or motion), requesting "leave to exceed the page limit for its response to [plaintiff's] opposition to our motion to dismiss." Def.'s Mot. at 1. Defendant "estimate[s] that [its] brief will be approximately 47 pages." Id. Based on the representations contained therein, the motion is GRANTED. Defendant's reply brief shall not exceed 50 pages.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge