# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: May 22, 2006)

LA GLORIA OIL AND GAS COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Def.'s Mot. or motion), requesting an enlargement of time, up to and including May 26, 2006, within which to file defendant's reply to plaintiff's opposition to defendant's motion to dismiss (reply) and defendant's response to plaintiff's motion pursuant to Rule of the Court of Federal Claims (RCFC) 56(f) (response). Def.'s Mot. at 1. Based on the representations contained therein, the motion is GRANTED. Defendant shall file both its reply and its response on or before May 26, 2006. Plaintiff shall file its reply to defendant's response to plaintiff's RCFC 56(f) motion in accordance with RCFC 7.2.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge