# In the United States Court of Federal Claims

No. 02-465 C
(E-Filed: July 6, 2006)

| | |
|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic scheduling conferences of July 6, 2006, the court shall hear oral argument via telephone at 2:30 p.m. E.D.T. on July 13, 2006. The Sprint operator will initiate the call, to include Keith Burt at (202) 263-3208, Andy Lapayowker at (410) 659-4834, Steven Gillingham at (202) 616-2311, Howard Kaufer at (703) 767-5009, and Don Tracy at (804) 279-1423.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge