# In the United States Court of Federal Claims

**No. 02-465 C**

**LA GLORIA OIL AND GAS COMPANY,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed August 28, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the amended complaint is dismissed.

Brian Bishop
Clerk of Court

**August 29, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.