ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 25 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-465C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Plaintiff, La Gloria Oil and Gas Company, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered on August 29, 2006.

Respectfully submitted,

J. Keith Burt

J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
La Gloria Oil and Gas Company

October 25, 2006

**CERTIFICATE OF SERVICE**

I certify that on this 25th day of October, 2006, I caused to be served by overnight delivery two copies of the foregoing Notice of Appeal upon the following:

Steven J. Gillingham
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

J. Keith Burt
J. Keith Burt