# In the United States Court of Federal Claims

No. 02-465 C
(E-filed: December 11, 2007)

LA GLORIA OIL AND GAS COMPANY

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Mandate of the United States Court of Appeals for the Federal Circuit, the case shall be REOPENED for further proceedings in accordance with the Mandate. On or before Thursday, December 27, 2007, the parties shall file a joint status report (or, if the parties cannot agree, separate status reports) proposing future proceedings in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge