IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LA GLORIA OIL AND GAS COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-465C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's December 11, 2007 Order, Plaintiff on behalf of both parties respectfully submits this Status Report. The parties have reached agreement in principle to settle the case; however, additional time is need for the parties to sign a settlement agreement. The parties contemplate filing a joint stipulation for dismissal on or before January 15, 2008.

Respectfully submitted,

s/ J. Keith Burt
J. Keith Burt
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
La Gloria Oil and Gas Company

December 20, 2007